UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.:

**ABRAHAM INETIANBOR**

    Plaintiff,

vs.

**CASHCALL, INC.**

    Defendant.
_____/

## DEFENDANT CASHCALL, INC.'S NOTICE OF REMOVAL

### I. INTRODUCTION

CashCall, Inc. ("CashCall") removes the action pending in the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, Case No. 12-13932 COCE 53. The Broward County Court is within the Fort Lauderdale Division of the Southern District of Florida. Removal is based on federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(a) because plaintiff Abraham Inetianbor ("Inetianbor") has raised a claim under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*.

### II. PROCEDURAL BACKGROUND AND COMPLIANCE WITH REMOVAL RULES

Inetianbor, a *pro se* plaintiff, filed the action in state court on July 12, 2012, using a form filing entitled "Complaint for damages—General form [RCP 1.110(b)]," hereinafter, "Complaint." A copy is attached as **Exhibit A**. CashCall was served with the Complaint on September 28, 2012. The Complaint did not allege a claim under the FCRA and it did not raise any other claims giving rise to federal question jurisdiction. Inetianbor filed and served an amendment to his claims on December 17, 2012 (copy attached as **Exhibit B**). The amendment

raises for the first time a claim under the FCRA, *see id.*, which does give rise to federal question jurisdiction.

CashCall's deadline to remove this action is thirty days from the date it was served with the amendment. *See* 28 U.S.C. § 1446(b); *Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1060 n.2 (11th Cir. 2010). Because CashCall was served with the amendment on December 17, 2012, CashCall's deadline to remove this action is January 16, 2013. Therefore, this notice is timely pursuant to 28 U.S.C. § 1446(b).

Copies of all process, pleadings, and orders served upon or obtained by CashCall are attached as **COMPOSITE EXHIBIT C**, along with a copy of the state-court docket to date, in compliance with 28 U.S.C. § 1446(a).[1]

Contemporaneous with the filing of this notice of removal, CashCall has served a notice of filing notice of removal upon Inetianbor as required by 28 U.S.C. § 1446(d), a copy of which (without exhibits) is attached as **EXHIBIT D**. The original notice, with exhibits, is being filed with the clerk of the state court in accordance with 28 U.S.C. § 1446(d).

CashCall is the sole defendant named in this action, and may remove the action without seeking the consent of any other party. *White v. Bombardier Corp.,* 313 F. Supp. 2d 1295, 1299-1300 (N.D. Fla. 2004).

As 28 U.S.C. § 1446(a) also requires, the grounds for removal are set forth below.

### III.  GROUNDS FOR REMOVAL

Removal is authorized under 28 U.S.C. §§ 1331 and 1441(a) because Inetianbor's amendment raises a claim under the FCRA, and thus raises a federal claim over which this Court

---

[1]  Although CashCall timely filed a response to the Complaint, an *ex parte* Clerk's Default was entered against CashCall. The Clerk's Default was subsequently set aside and vacated by the County Court. *See* **COMPOSITE EXHIBIT C**.

has original jurisdiction.  "[A]ny civil action brought in a State court of which the district courts have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).  United States district courts have original jurisdiction over "all civil actions arising under . . . laws . . . of the United States." 28 U.S.C. § 1331.

Claims under the FCRA are civil actions arising under the laws of the United States and are therefore removable.  *See Sicinski v. Reliance Funding Corp.*, 461 F. Supp. 649, 651 (S.D.N.Y. 1978) (denying remand of FCRA claim); *see also Chevy Chase Bank, F.S.B. v. Carrington, et al.*, Case No. 6:09-cv-2132-Orl-31 (M.D. Fla. February 1, 2010) (noting that removal of FCRA claim under federal question jurisdiction was proper).  Inetianbor filed his amendment in the Seventeenth Judicial Circuit in and for Broward County Florida, which lies within the boundaries of the United States District Court for the Southern District of Florida, making removal to this Court proper.  *See* 28 U.S.C. § 1446(a) (removal is to "the district court of the United States for the district and division within which such action is pending.").

                                      Respectfully submitted,

Date:  January 11, 2013          **AKERMAN SENTERFITT**
                                      1 S.E. Third Avenue – Suite 2500
                                      Miami, FL 33131
                                      Tel. 305-374-5600
                                      Fax. 305-374-5095

                                      By:___s/ Andrew M. Shapiro_____
                                        CHRISTOPHER S. CARVER, ESQ.
                                        Florida Bar No. 993580
                                        christopher.carver@akerman.com
                                        ANDREW M. SHAPIRO, ESQ.
                                        Florida Bar No. 0100015
                                        andrew.shapiro@akerman.com

                                      *Counsel for Defendant CashCall, Inc.*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was filed via CM/ECF and served by Federal Express on January 11, 2013 on all counsel or parties of record on the Service List below.

s/ Andrew M. Shapiro<br>
Andrew M. Shapiro

## SERVICE LIST

Christopher S. Carver, Esq.
christopher.carver@akerman.com
AKERMAN SENTERFITT
1 S.E. Third Avenue – Suite 2500
Miami, FL 33131
Tel. 305-374-5600
Fax. 305-374-5095
Attorneys for Defendant CashCall, Inc.

Andrew M. Shapiro, Esq.
andrew.shapiro@akerman.com
AKERMAN SENTERFITT
1 S.E. Third Avenue – Suite 2500
Miami, FL 33131
Tel. 305-374-5600
Fax. 305-374-5095
Attorneys for Defendant CashCall, Inc.

Abraham Inetianbor
(service by Federal Express)
*Pro se* plaintiff
4271 NW 5th Street, #247
Plantation, FL 33317