# EXHIBIT A

IN THE COUNTY COURT IN AND FOR BROWARD
COUNTY, FLORIDA

nt by hand
9/28/12

CASE NO.:   1 2 - 1 3 9 3 2

Plaintiff   ABRAHAM INETIANBOR

v.

Defendant   CASH CALL, INC. %
REDDAM, J. PAUL (owner)

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition
in this action on defendant:   CASH CALL INC, %
REDDAM, J. PAUL, 1600 S. DOUGLASS ROAD, ANAHEIM, CA 92806

Each defendant is required to serve written defenses to the complaint or petition on:
(plaintiff or plaintiff's attorney) whose
address is: 4271 NW 5TH ST, #247, PLANTATION, FL 33317

within 20 days after service of this summons on that defendant, exclusive of the day of service, and
to file the original of the defenses with the clerk of this court either before service on plaintiff's
attorney or immediately after the service. If a defendant fails to do so, a default mayl be entered
against that defendant for the relief demanded in the complaint or petition.

Dated _____ JUL 1 2 2012

[Name of the Clerk]
As Clerk of the Court

By _____
As Deputy Clerk

## IN THE COUNTY COURT IN AND FOR BROWARD COUNTY, FLORIDA

ABRAHAM INETIANBOR, Plaintiff

CASE NO _____

v.

CASH CALL, INC , Defendant
% REDDAM, J. PAUL

### Complaint for damages—General form [RCP 1.110(b)]

Plaintiff, _ABRAHAM INETIANBOR_, sues defendant, _CASH CALL INC % REDDAM J. PAUL_, and alleges: DEFAMATION

1. This is an action for damages in the amount of $10,000 _[specify jurisdictional amount]_.

2. Plaintiff resides at _4271 NW 5TH STREET, #247_ _[address]_, _PLANTATION_ _[city]_, _BROWARD_ County, Florida.

3. Defendant resides at _____ _[address]_, _____ _[city]_, _____ County, Florida _or_ Defendant is a Florida Corporation doing business at _1600 S. DOUGLASS ROAD_ _[address]_, _ANAHEIM_ _[city]_, _ORANGE_ County. _CA 92806_

4. On _DEC 16, 11_ _[date]_, _AND ON MAY 25TH, 2012, I CONTACTED THE DEFENDANT BY CERTIFIED MAIL TO HAVE THIS CASE RESOLVED; ALL TO NO AVAIL. THE DEFENDANT WANTS ME TO PAY 135% INTEREST RATE ON A LOAN THAT IS LEGALLY PAID OFF. IN MAY 2012 THEY REPORTED 120 DAYS PAST DUE, WITH $2491 BAL, JUNE 21, 2012 REPORTS CHARGE OFF WITH $0 BAL, $0 PAST DUE AND JULY 2012 REPORTS CURRENT WITH $1282 PAST DUE WITH $2491 BALANCE._ _[set forth statement of facts on which claim for relief against defendant is based]_.

5. Plaintiff is entitled to relief from defendant under the above facts on the basis of

defendant's DEFAMATION OF CHARACTER

*[negligence or breach of contract or other legal basis for relief]*, by reason of

MISREPRESENTING WORTHINESS AND PROVIDING
CREDIT. BUREAU LIKE EQUIFAX INFORMATION
SERVICES WITH MISLEADING AND INCONSISTENT
ACCOUNT INFORMATION, WHICH INTURN SHY AWAY
POTENTIAL LENDERS AND CREDITORS BECAUSE MY
CREDIT SCORE WENT DOWN MORE THAN 120 POINTS.
*[specify facts showing entitlement of plaintiff to relief from defendant]*.

6. The items of DAMAGES *[injury or damage]* to which plaintiff is entitled to relief from

defendant include: ACCOUNT #:5179133                    *[specify]*.

7. *[If expressly provided for by statute or contract, add: Plaintiff has agreed to pay a*

*reasonable attorney's fee and is entitled to recover attorney's fees in this action pursuant*

*to Section _____ of the Florida Statutes or Paragraph _____ of the contract*

*entered into between plaintiff and defendant]*.

   As a result, plaintiff requests judgment against defendant for damages, $10,500 *[if*

*applicable, add: attorney fees]*, costs of suit, and any other and further relief as the court

may deem proper.

*[If desired, add: Plaintiff,* ABRAHAM INETIANBOR *(name), demands a jury trial in the above-entitled*

*action]*.

       Dated July 12, 2012

                          [signature]
                          Print name: ABRAHAM INETIANBOR
                   Print address: 4271 NW 5TH STREET, #247, PLANTATION
                          Phone: (347) 515 1095                    FL 33317