## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

Case No.: 0:13-cv-60066-CIV-COHN-SELTZER

ABRAHAM INETIANBOR,

      **Plaintiff,**

vs.

CASH CALL, INC.,

      **Defendant.**

_____/

### Plaintiff's reply to "DEFENDANT CASHCALL INC.'S REPLY TO PLAINTIFF MOTION OPPOSING DEFENDANT'S MOTION TO COMPEL ARBITRATIONAND DISMISS OR STAY CASE, AND SUPPORTING MEMORANDUM OF LAW

1. Plaintiff Abraham Inetianbor submits this reply to *DEFENDANT CASHCALL INC. 'S REPLY TO PLAINTIFF MOTION OPPOSING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY CASE, AND SUPPORTING MEMORANDUM OF LAW* ("Reply"; Doc 26) filed by defendant.

2. **The same deceptive electronic agreement being exhibited by the defendant is exactly what every victim** *of Cash Call* **who has recently PURSUED, CONTINUED** *(either individually or through a class action suit)* **and OBTAINED justice in a United States Court had also electronically accepted the deceptive agreement just like plaintiff** [1]. And notice the complaint and Cause of Action in each and every of these cases are mostly the same; just like that of the plaintiff.

---

[1] See *State of West Virginia ex rel. McGraw v. Cash Call, Inc.*, Case No. 08-C-1964 (Sept. 10, 2012) the Judge agreed that "the lending program established by Cash Call is a sham intended to make improper use of federal preemption in order to *unlawfully* evade West Virginia's lender licensing and usury laws. (A final **judgment against Cash Call, Inc.** (on *phase I*) was entered for **$15,000,000.00** and defendant asked to report the consumer accounts as paid in full.) **Plus other relief to 292 West Virginia Consumers affected by the unlawful practices of Cash Call.**

*Also see*: Another final judgment against the defendant **in California:** THE PEOPLE OF THE STATE OF **CALIFORNIA vs. CASHCALL, INC.**, A CALIFORNIA CORPORATION (BC 420 115 AUG 24, 2009). **Cash Call** paid $1 million in August 2009, without admitting or denying wrongdoing, to settle claims by the state of California.

*See*, Maryland **commissioner of Financial Regulations vs. Cash Call, Inc.** (on November 8, 2012 a Final Order was issued and required **Cash Call, Inc**. to cease and desist from engaging in credit business services with Maryland consumers, and ordered to pay Civil penalties (which included deceptive lending practices) in the amount of **$5,651,000.00.) The same commissioner filed and won against Western Sky in a United States Court.**

On 3/7/12, the **Federal Trade Commission** released that it expanded its case against *Western Sky Financial, LLC* charging that ***"it sought to unfairly and deceptively manipulate the legal system (with cash call) and force debt-burdened consumers throughout the country to travel to South Dakota and appear before a tribal court that did not have jurisdiction over their cases."***

*Notice* State of Alaska v. **Cash Call Inc**., The defendant answered **"No"** to a question on the application for *mortgage lender license* that asked, "Has any domestic or foreign court in the last 10 years enjoined the entity or a control affiliate in connection with any financial services related activity?" As part of its investigation of the license application the state discovered an August 24, 2009 Injunction and Final Judgment by the State of California which **permanently enjoined the company from committing illegal acts and practices relating to the offering and collection of consumer loans**, including loans secured by personal property.

Brian Gingras v. **Cash call Inc** et al
Filed: November 1, 2011 as 8:2011cv01672

Brad Coleman et al v. **Cash call, Inc** et al
Filed: January 10, 2008 as 8:2008cv00024

Teager et al v. **Cash Call, Inc**.
Filed: March 30, 2011 as 1:2011cv02183

O'Donovan v. **Cash call, Inc.**
Filed: July 1, 2008 as 3:2008cv03174

James Galbert et al v. **Cash call Inc** et al
Filed: July 19, 2007 as 8:2007cv00831

JESSE FREGOSO v. **Cash Call, INC.** et al
Filed: December 6, 2011 as 2:2011cv10089

Anthony Dahl v. **Cash call, Inc.**
Filed: April 21, 2010 as 2:2010cv02948

Boston v. **Cash call, Inc.**
Filed: January 23, 2013 as 3:2013cv00175

Bailey v. **Cash Call, Inc.**, et al
Filed: May 31, 2007 as 2:2007cv00094

Donald White v. **Cash call, Inc.** et al
Filed: January 23, 2013 as 8:2013cv00109

Peterson v. **Cash Call, Inc.** et al
Filed: April 24, 2007 as 1:2007cv00188

Jose Percimar Duenas v. **Cash call Inc**
Filed: March 12, 2012 as 2:2012cv02057

Pardo v. **Cash Call, Inc.** et al
Filed: October 9, 2008 as 1:2008cv22839

Burgio v. **Cash call Inc** et al
Filed: June 11, 2010 as 3:2010cv00917

3

**3.** Notice all the cited memorandums of law are cases against the defendant Cash Call, Inc. and all mostly similar to this action before this court. The defendant continues to claim western sky is a part of this action due to the terms of the "agreement" in order to include the tribal arbitration. Western Sky has never been mentioned in this action and is not listed as a defendant in this action. Cash Call remains the sole defendant in this action and will not change. Defendant refuse to notice the so called electronically signed agreement being exhibited by the defendant is just one piece of evidence that shows the illegal "rent-a-tribe" scheme being used to defraud consumers.

**4.** Notice that Cash Call is a California based company (non-tribal) registered to do business in the state of Florida and this action is solely against Cash Call. The totality of the Complaint and the amended complaint in this action shows that the plaintiff suit is directed against a single, specific entity violating a host of state laws including the Florida state usury law—that entity is Cash Call, not Western Sky Financial. The scam does not make both companies into the same entity.

**5.** Cash Call has a duty by law to be fair, ethical and truthful in lending. Not deceptive, manipulating and violating by creating deceitful "agreements". However, there is no duty resting upon a citizen to suspect the honesty of those with whom he transacts business. This standard is consistent with the norms that courts have traditionally applied in consumer protection law. "*Laws are made to protect the trusting as well as the suspicious.*" *See* United States vs. National Financial Services, Inc., 98 F.3d 131, 136 (4ᵗʰ Cir., 1996); *See also Federal Trade Commission vs. Standard Education Society, 302 U.S. 112, 116 (1937).*

---

THORNTON v. **CASHCALL, INC.**
Filed: October 15, 2012 as 2:2012cv14534

CHAPPELL v. WESTERN SKY FINANCIAL, LLC and **CASH CALL, INC.** et al
Filed: July 3, 2012 as 2:2012cv03763
*And thousands more either pending, decided by a Judge or Jury here in the United States.*

6.   After filling TWO motions for extension of time to specifically respond to the allegations in the *Amended Complaint*, **defendant is yet to file an answer admitting or denying wrongdoing** in any or all of the verified complaint filed by the plaintiff. Cheyenne River Sioux Tribal Court has no jurisdiction over Plaintiff. This Court respectfully does. Besides, this is not an all-expense paid trip to South Dakota. It's only February and plaintiff has used almost all available vacation time in working to resolve this action

7.   Plaintiff is not against Legal Arbitration like AAA, but defendant only illegally uses the Cheyenne River Sioux Tribal Court because the few that may go to South Dakota never came back with any positive result and never will. The Federal Trade Commission supports this claim and calls it "DESPICABLE". Plaintiff consulting attorney calls it "THE PERFECT SCAM." The scam is becoming imperfect and obvious because attorneys, Attorney Generals, commissioners, and consumers alike will fight foreign or domestic terror on the United States financial stability. Plaintiff never defaulted, instead has paid the full principle plus almost 40% interest and shouldn't have to go through this mess.

8.   Cash Call Inc. and it's owner Paul J Reddam (*a well-known Canadian gambler*) is in route to more than $10 billion this year from excessive interest rates on consumers while tens of thousands of hard working American lives are being ruined by the defendant's actions and extortions; and it takes a court of competent Jurisdiction as this to slow or "stop the bleeding" being caused by defendant illegal practices.

Plaintiff hereby respectfully prays that the court DENY the defendant's "*Motion to Compel Arbitration and Dismiss or Stay Case, and Supporting Memorandum of Law.*"

RESPECTFULLY Submitted,

Date: **February 11, 2013**

By: _____

**Abraham Inetianbor**
**4271 NW 5th Street, # 247**
**Plantation, FL 33317**
**(954) 616 8291**

**[ Plaintiff *pro se*]**

5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed via the clerk office and served as indicated below on February 11, 2013 on all counsel or parties of record on the following Service List.

Abraham Inetianbor

## SERVICE LIST

**Abraham Inetianbor** *(pro se plaintiff)*
**4271 NW 5th Street, # 247**
**Plantation, FL 33317**
**(954) 616 8291**

**Akerman Senterfitt** *(attorney for defendant)*
**(by certified mail)**
**1 S.E. Third Avenue, Suite 2500**
**Miami, FL 33131**
**(305) 374 5600**

6