UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:13-cv-60066-CIV-COHN-SELTZER

ABRAHAM INETIANBOR,

    **Plaintiff,**

vs.

CASH CALL, INC.,

    **Defendant.**
_____/

# PLAINTIFF'S MOTION TO REOPEN CASE

On February 15, 2013, this court issued an *Order Denying Plaintiff's Motion to Remand and Granting Defendant's Motion to Compel Arbitration* ("order") [Doc #33]. Pursuant to the FAA, 9 U.S.C. § 3, this case was **STAYED** until such Arbitration has been had in accordance with the terms of the loan agreement (agreement). A status report on this case has been filed with this court by plaintiff with evidence showing that the case cannot be arbitrated in accordance with the terms of the said agreement and therefore belongs in this court and should continue as such.

Plaintiff in good faith effort and as ordered by the court attempted to submit the case for arbitration; establish a place, date, and time for the Arbitration before a Panel of three Members of the Tribal Council at a Cheyenne River Sioux Tribe Reservation in accordance with the agreement, but the Tribe through Hon. Judge Mona R. Demery clearly stated that the Cheyenne River Sioux Tribe does not conduct Arbitration at the Reservation. *See* **Exhibit A** *attached*. However, the Tribal Judge on behalf of the Tribe did state that only Mediations are conducted at the Reservation and any claim that arbitration is being conducted at the reservation is false.

Reopening the case is the only way plaintiff can pursue and recover damages sought. Based on the foregoing, Plaintiff respectfully requests that the Court issue an Order Granting *Plaintiff's Motion to reopen Case.*

**RESPECTFULLY Submitted,**

Date: **MARCH 12, 2013**

By: _____

**Abraham Inetianbor**
4271 NW 5th Street, # 247
Plantation, FL 33317
(954) 616 8291
[ *Plaintiff* ]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed via the clerk office and served as indicated below on March 12, 2013 on all counsel or parties of record on the following Service List.

Abraham Inetianbor

## SERVICE LIST

**Abraham Inetianbor** *(pro se plaintiff)*
4271 NW 5th Street, # 247
Plantation, FL 33317
(954) 616 8291

**Akerman Senterfitt** *(attorney for defendant)*
(by certified mail)
1 S.E. Third Avenue, Suite 2500
Miami, FL 33131
(305) 374 5600

# EXHIBIT A

Case No.: 0:13-cv-60066-CIV-COHN-SELTZER



# Cheyenne River Sioux Tribal Court
# Cheyenne River Sioux Tribe
# Judges Chambers

Phone: 605-964-6602     P. O. Box 120
Eagle Butte, South Dakota 57625     Fax: 605-964-6603

March 8, 2013

Abraham Inetianbor
4271 NW 5th Street, #247
Plantation, FL 33317     Re:    Case #0:13-cv-60066-CIV-COHN-
SELTZER

Dear Mr. Inetianbor:

In response to your request, this is to inform you the Cheyenne River Sioux Tribe, the governing authority does not authorize Arbitration as defined by the American Arbitration Association (AAA) here on the Cheyenne River Sioux Reservation located in Eagle Butte, SD 57625.

The Cheyenne River Sioux Tribe authorized a Mediation program in 1993 and it is in operation under the supervision of the CRST Tribal Court system.

Sincerely,

Mona R. Demery
Mediator/Magistrate
Cheyenne River Sioux Tribe

Cc:   Chief Judge Brenda Claymore