# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

Case No.: 0:13-cv-60066-CIV-COHN-SELTZER

ABRAHAM INETIANBOR,

      **Plaintiff,**

vs.

CASH CALL, INC.,

      **Defendant.**

_____/



FILED by_____D.C.

APR 0 3 2013

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

## <u>SECOND AMENDED COMPLAINT</u>

Plaintiff, Abraham Inetianbor *pro se*, alleges:

## BACKGROUND AND JURISDICTION

1.  On July 12, 2012, Plaintiff brought suit in the Seventeenth Judicial Circuit Court, Broward County, Florida, alleging that Cash Call had defamed Plaintiff's character by misrepresenting his creditworthiness to credit reporting agencies.

2.  This action was removed by the defendant from county court of the seventeenth judicial circuit, in and for Broward County, Florida (Case No.: 12-13932 COCE 53). Defendant claimed removal was based on federal question jurisdiction pursuant to 28 U.S.C. § § 1331 and 1441(a) [see *Notice of Removal* Doc # 1] because plaintiff has raised a claim (in the *First Amended Complaint*) under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C § 1681, *et seq.*, which the court agrees with and plaintiff accepts.

1

**3.** On Feb. 15, 2013 the court denied plaintiff's motion to remand and granted defendant's motion to compel arbitration; directing the parties to submit the claims presented in this action to arbitration as specified in the loan agreement [See Doc #33]. Plaintiff attempted to submit the case for arbitration to the Cheyenne River Sioux Tribal Court ("the tribe") as ordered by the court and also notified defendant via certified mail at the address provided in the agreement (**Exhibit K**).

**4.** However, the tribe, through Judge Mona R. Demery, responded with a letter dated March 8, 2013, stating that the tribe "does not authorize Arbitration as defined by the American Arbitration Association ("AAA") here on the Cheyenne River Sioux Reservation located in Eagle Butte, SD 57625." *Also see* **Exhibit K** page 2 attached hereon.

**5.** Therefore, because the arbitration provision named in the agreement was unavailable, plaintiff states that the arbitration agreement is void and accordingly prays the court to reopen the case, which the court granted [Doc #45]. The court also granted plaintiff's motion for leave to file a second amended complaint [Doc #46].

## PARTIES

**6.** Plaintiff, Abraham Inetianbor *pro se*, is a United States citizen and resident of Plantation, Florida in Broward County.

**7.** Defendant, Cash Call, Inc. (Cash Call) is a California based corporation doing business in the state of Florida.

2

## INTRODUCTION AND FACTS

**8**. On Jan.1[st], 2011, plaintiff saw an ad on TV that claim to put up to $5000.00 in your bank account in 24hrs and they said it is NOT A PAYDAY LOAN but a monthly installment loan. *Notice* plaintiff had just moved to Florida and his wife was recovering from multiple pre-cancer surgeries. Plaintiff was working overtime while caring for his ailing wife and needed a little "get by" money before she recovers and can get back to work.

**9**. A few of days later, plaintiff called[1] and was asked to apply online; and was pre-approved for $2600. Plaintiff was then instructed to immediately fax a copy of his driver's license, voided check and Pay Stub for final approval. A few hours later, the loan agent called and pleaded with plaintiff to take a quick work break to go online and accept the loan offer by clicking on a link. Plaintiff received $2525.00 via direct deposit the next day less $75 loan fee. Plaintiff chose the $298/month so the loan can be paid off by end of the year 2011.

**10**. After the last payment made by plaintiff in December 2011, he received a notice a few weeks later informing him of an upcoming payment for Jan 2012. Plaintiff then called to remind the defendant that the loan has been paid in full. Cash Call told plaintiff they would report negative information on plaintiff's credit report if more payments are not made to the defendant. Plaintiff then reported to his bank and after reviewing the situation the bank said it will not honor any ACH from Cash Call, and advised plaintiff to immediately contact the Florida Office of Financial Regulations; complaint #32282. Federal Trade Commission (FTC file #: 39669908) and the Florida Attorney General's Office were also notified. *See* **Exhibit F**. All the listed agencies advised plaintiff that Cash Call is a scam and that plaintiff would need to seek legal

remedies for immediate result being that these agencies do not represent single individual in litigation.

## COMPLAINT FOR DAMAGES:

Plaintiff is entitled to relief from defendant under the above facts on the basis of:

### Count I

### DEFAMATION OF CHARACTER

**11.** In accordance to FL Statutes - Title XLVI Chapter 836, plaintiff is entitled to relief from the defendant on the basis of the five elements of defamation under the Florida law.

**(i)**   **Publication** – The defendant published misleading, negative and inconsistent account information on plaintiff's personal credit report to credit bureaus like Equifax Information Services, LLC ("Equifax") on the consumer loan Account #: 5179133, which is legally paid in full. *See* **Exhibit A.**

**(ii)**   **Falsity** – The loan account information being published is completely false because plaintiff's last payment on this loan was made in Dec. 2011, but the defendant is still reporting payments being made in all of 2012 including three late payments from Feb–April of 2012. The defendant also reported the account was "*Never Late*" but "*Charged off*"; and that plaintiff's ***first date of default was Dec. 2011***. This is also false because plaintiff made the payment for Dec. 2011 as evidenced in the ACH receipt from the defendant attached hereon as **Exhibit B.**

**(iii)    Actor must act with knowledge or reckless disregard as to the falsity on a matter concerning a public official, or at least negligently on a matter concerning a private person** – On Dec. 16th, 2011 after receiving notice of "upcoming payment" from the defendant, plaintiff contacted the defendant to clarify that the said account has been paid in full, but plaintiff was told by the defendant that negative information would be posted on plaintiff's credit report if he does not continue to make payments on the loan or give defendant a lump sum. Soon after the false information has been published, plaintiff disputed the said account's accuracy with the credit bureaus (**Exhibit D** *attached*) and subsequently continued to be in contact with the defendant by phone, fax, mail, and via certified mail. On May 25th, 2012 via certified mail, plaintiff was in contact with the defendant one more time (***Exhibit E***) to have the defamatory information corrected and restore plaintiff's defamed reputation to avoid any legal actions; all to no avail. As evidenced in plaintiff's credit report, the defendant reported a "***ZERO balance/closed/charged off***" in June 2012 (*see* **Exhibit G**) and the very next month July 2012, defendant reported "***open/current with a $2491 balance owed and $1282 past due***" *also see* **Exhibit G**.

**(iv)    Actual damages** - The credit report printed out by the plaintiff on July 8th, 2012 and attached hereon as **Exhibit H** clearly shows plaintiff's EXPERIAN CREDIT SCORE with NO late payments reported by Cash Call – **page 5 & 6** as 720 [(Good) **page 8**] and EQUIFAX SCORE with three late payments reported by defendant Cash Call – **pages 5 & 6** as 592 [(Poor) **page 10**]. ***This is a score DIFFERENCE of 128 point***.

**(v)    Statement must be defamatory** – As seen on plaintiff's credit report, he has never been

late or defaulted on any of his credit accounts or obligations and in the Line of Credit (LOC)

denial letters received by plaintiff from both Regions Bank and Chase Bank and attached

hereon as **Exhibit I**, plaintiff's applications for LOC and balance transfers were denied by a

few potential lenders and they all including both banks listed above gave the said account

published by the defendant as the only and (or) primary reason for the credit denial. This

clearly shows how the defendant's actions shy away potential lenders because derogatory

information published by the defendant negatively affected plaintiff's credit score and puts

him out of range for the required score bracket needed to obtain a much needed line of credit

from these lenders.

**Count II**

**USURY**

**12.** Florida usury law is outlined by Florida statutes Sections 687.01 through 687.148.

Florida has a two-tiered system depending on whether the loan is less than or more than

$500,000.00. Plaintiff was approved for $2,600.00 and received $2,525.00 via direct deposit

less $75 loan fee. Plaintiff chose to pay $298/month and expecting to pay off the loan by end

of the year 2011. By Dec. 2011, Plaintiff has made a total payment of $3252.65 on a $2600

loan; *see* **Exhibit B**. This is about 30% interest rate which is more than the 12% legal interest

rate and the general usury limit of 18% maximum allowed, on a consumer loan under

$500,000.00 by the state of Florida.

**13.** The defendant was requesting a 139.2% interest rate (*see* **Exhibit C**) on the loan by

6

asking plaintiff to make additional 24 months ($8,000.00+) payment on the loan to be considered paid in full. When plaintiff refused the outrageous offer, defendant claimed to be doing plaintiff a favor. In a letter to the Florida Office of Financial Regulations, defendant wrote: "*due to Abraham Inetianbor's good payment history Cash Call would accept a onetime cash payment of $2000.00*" in addition to the payments plaintiff already made to consider the loan account paid in full. In accordance with the Florida statutes Section 687.02, plaintiff clearly is a victim of Usury by the defendant who is required to abide by the usury laws of Florida when allowed to conduct business in the state of Florida.

## Count III

## VIOLATING THE FAIR CREDIT REPORTING ACT (FCRA)

**14.** In accordance to the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq. inaccurate and incorrect information on a consumer report must be deleted or corrected usually within 30 days of consumer dispute. Plaintiff spent several months disputing **Account #: 5179133** with the credit bureaus asking Cash Call to resolve this issue but to no avail.

**15.** After disputing this account with all three credit bureaus with supporting documents sent out multiple times; Equifax advised plaintiff stating; *being that credit bureaus clearly have no control over what's being reported by the creditors, they will need something from a Judge or Court to correct the account because the account is still being reported as*

7

*payments still being mad and current by Cash Call despite all the dispute.* Plaintiff's last payment on this loan was Dec. 2011, but the defendant was still reporting payments being made in all of 2012 including three late payments.

**16**.  In January 2012, *Cash Call reported an on-time payment to Equifax then three late payments were reported from Feb–April of 2012. From May-July of 2012, and even as recent as November 2012 Cash Call reported payments being made on time.* Plaintiff contacted the CEO of Experian – **Exhibit J** attached; and after reviewing the documents sent in by plaintiff, the bureau is currently looking into the dispute specifically unlike they would normally do because Cash Call reported *"Never Late/Charged Off"* to Experian, which according to the bureau *makes no sense.* This is too much inconsistency and inaccuracy in reporting just one account.

## RELIEF REQUEST FOR DAMAGES

**17.** The items of Damages to which Plaintiff seeks, and is entitled to relief from defendant include:

**A.**  Defamation of character by reason of the defendant misrepresenting plaintiff's credit worthiness and providing credit bureau like Equifax Information Services with misleading and inconsistent account information, which in turn shy away potential lenders and creditors like Regions and Chase Banks. For this damage, plaintiff seeks **$50,000.00** for compensation;

**B**.   The defendant violated Florida's Usury law as stated in the complaint and for this plaintiff seeks **$2,182.95**, which is the total amount paid by plaintiff in interest to Cash Call multiply by three;

**C**.   Plaintiff seeks **$30,000.00** in damages for the unnecessary stress, pain and suffering caused plaintiff by the defendant due to unwillingness to cooperate by doing what is right and avoiding unnecessary legal battle;

**D**.   The defendant violated plaintiff's right under the Fair Credit Reporting Act as evidenced by the inconsistent and inaccurate reporting of Account #: 5179133 on plaintiff's personal credit report. For this damage plaintiff seeks **$16,000.00**;

**E**.   For miscellaneous expenses including court fees, Orange County Sheriff's fees, Express and certified mailing fees including 10+ disputes to the credit bureaus, Attorney Consultation fees, and more, plaintiff respectfully prays the court to order the defendant to pay plaintiff **$3,867.30**.

**F**.   If defendant keeps claiming the laws of the United States does not apply to its business practices, the said account on plaintiff's credit report should be removed by defendant because it's considered "foreign account"; if not "foreign", then the account must be legally reported as paid in full because the laws of the United States does apply.


### JURY DEMAND

**18**.  Plaintiff hereby demands a trial by jury as to Count I, II, and III.

9

WHEREFORE, Plaintiff respectfully requests that this Court:

(a).  declare that Defendant, Cash Call, Inc. defamed the plaintiff's character, and violated both the Florida Usury Law and the Fair Credit Reporting Act;

(b).  enter judgment in favor of Plaintiff and against the Defendant;

(c).  award damages in the sum of **$102,050.25** to compensate Plaintiff for his damages;

(d).  order the defendant to report **Account #: 5179133** as Never Late/Paid-In-Full to all the credit reporting agencies involved; and

(e).  award plaintiff punitive damages in the amount of **$250,000.00** for a TOTAL award in the sum of **$352,050.25** and any other relief deemed necessary and proper .

**RESPECTFULLY** Submitted,

Date: **APRIL 03, 2013**

By: _____

**Abraham Inetianbor**
**4271 NW 5th Street, # 247**
**Plantation, FL 33317**
**(954) 616 8291**

[ *Plaintiff  pro se*]

10

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed via the clerk office and served as indicated below on April 03, 2013 on all counsel or parties of record on the following Service List.

Abraham Inetianbor

## SERVICE LIST

**Abraham Inetianbor** *(pro se plaintiff)*
**4271 NW 5th Street, # 247**
**Plantation, FL 33317**
**(954) 616 8291**


**Akerman Senterfitt** *(attorney for defendant)*
**(by USPS mail)**
**1 S.E. Third Avenue, Suite 2500**
**Miami, FL 33131**
**(305) 374 5600**

11

# EXHIBIT A

**Case No.: 0:13-cv-60066-CIV-COHN-SELTZER**



**Experian**
A world of insight

| Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement |

## Potentially Negative Items or Items for Further Review

❓ What does potentially negative or items for further review mean?     ❓ What if I feel there is an error?

❓ What if I think listed accounts are duplicates?

Experian credit report prepared for
**ABRAHAM INETIANBOR**

Your report number is
**1955-1061-09**

Report date: **February 27, 2013**

**Credit Report Toolkit:**
Print your report
Credit Education
Know your rights
Credit Fraud Center

Item Detail

**Dispute this item ››**

**CASHCALL INC**

**Address:**
1600 S DOUGLASS RD
ANAHEIM, CA 92806
*No phone number available*

**Account Number:**
517....

**Address Identification Number:** 0714571325

**Status:**
Account charged off/Never late. $2,491 written off.

**Status Details:**
This account is scheduled to continue on record until Apr 2019.
This item was updated from our processing of your dispute in Nov 2012.

**Date Opened:**
01/2011
**Date of Status:**
07/2012
**Reported Since:**
01/2011
**Last Reported Date:**
07/2012

**Type:**
Unsecured
**Terms:**
36 Months
**Monthly Payment:**
$0
**Responsibility:**
Individual

**Credit Limit:**
$2,600
**High Balance:**
N/A
**Recent Balance:**
$0
**Recent Payment:**
$0

**Payment history legend**

| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |

| 120 | Account 120 days past due | G | Claim filed with government |
|---|---|---|---|
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

**Payment History:**

| 2012 | | | | | | | 2011 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB |
| CO | ND | ND | ND | ND | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| JAN |
|---|
| OK |

**Account History:**
Charge Off as of Jul 2012

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Dec 2011: $2,491 / December 1, 2011 / $298 / $298
Nov 2011: $2,507 / November 1, 2011 / $298 / $298
Oct 2011: $2,522 / October 1, 2011 / $298 / $298
Sep 2011: $2,536 / September 1, 2011 / $298 / $298
Aug 2011: $2,548 / August 1, 2011 / $298 / $298
Jul 2011: $2,559 / July 1, 2011 / $298 / $298
Jun 2011: $2,569 / June 1, 2011 / $298 / $298
May 2011: $2,578 / May 1, 2011 / $298 / $298
Apr 2011: $2,586 / April 1, 2011 / $298 / $298
Mar 2011: $2,593 / March 1, 2011 / $298 / $298
Feb 2011: $2,600 / February 1, 2011 / $298 / $263

**Limit High Balance History:**
The original amount of this account was $2,600

**Your Statement:**
LITIGATION PENDING.
Account information disputed by consumer (Meets requirement of the
Fair Credit Reporting Act).

Delete statement >>

©Experian 2013. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

# EXHIBIT B

**Case No.: 0:13-cv-60066-CIV-COHN-SELTZER**

# Loan Transaction History

Print Date: 01/19/12

| | | |
|---|---|---|
| **Loan Id:** 5179133 | **Principal Balance:** $2,491.02 | **Amount Due:** $327.94 |
| **Borrower's Name:** ABRAHAM INETIANBOR | **Next Due Date:** 01/01/12 | **Interest Rate:** 135.00 % | Page 1 of 2 |

| Txn # | Txn Date | Apply Date | Total Amount | Type | Fee | Interest | Principal | Principal Balance | Txn Code | Cancelled By Txn# | See Txn# | Agent | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/05/11 | 01/05/11 | 0.00 | | | | 2,600.00 | 2,600.00 | 600 | | | | Loan Origination |
| 3 | 02/03/11 | 02/01/11 | 263.25 | ACH | | -263.25 | 0.00 | 2,600.00 | 700 | | | nrandazzo | Scheduled ACH for 2011-02-01 (9002674) - -ACHVendor=ACHWorks, SettlementID=B24000LU-- |
| 6 | 03/04/11 | 03/01/11 | 298.94 | ACH | | -292.50 | -6.44 | 2,593.56 | 700 | | | | Scheduled ACH for 2011-03-01 (9070931) - -ACHVendor=ACHWorks, SettlementID=B34000PU-- |
| 9 | 04/05/11 | 04/01/11 | 298.94 | ACH | | -291.78 | -7.16 | 2,586.40 | 700 | | | | Scheduled ACH for 2011-04-01 (9161839) - -ACHVendor=ACHWorks, SettlementID=B46000T3-- |
| 12 | 05/05/11 | 05/01/11 | 298.94 | ACH | | -290.97 | -7.97 | 2,578.43 | 700 | | | | Scheduled ACH for 2011-05-01 (9221787) - -ACHVendor=ACHWorks, SettlementID=B55000XC-- |
| 15 | 06/07/11 | 06/01/11 | 298.94 | ACH | | -290.07 | -8.87 | 2,569.56 | 700 | | | | Scheduled ACH for 2011-06-01 (9313792) - -ACHVendor=ACHWorks, SettlementID=-B68000W2-- |
| 18 | 07/07/11 | 07/01/11 | 298.94 | ACH | | -289.08 | -9.86 | 2,559.70 | 700 | | | | Scheduled ACH for 2011-07-01 (9397359) - -ACHVendor=ACHWorks, SettlementID=B770012Q-- |
| 21 | 08/04/11 | 08/01/11 | 298.94 | ACH | | -287.97 | -10.97 | 2,548.73 | 700 | | | | Scheduled ACH for 2011-08-01 (9490238) - -ACHVendor=ACHWorks, SettlementID=B840011I-- |
| 24 | 09/07/11 | 09/01/11 | 298.94 | ACH | | -286.73 | -12.21 | 2,536.52 | 700 | | | | Scheduled ACH for 2011-09-01 (9582991) - -ACHVendor=ACHWorks, SettlementID=B980010F-- |
| 27 | 10/06/11 | 10/01/11 | 298.94 | ACH | | -285.36 | -13.58 | 2,522.94 | 700 | | | | Scheduled ACH for 2011-10-01 (9663777) - -ACHVendor=National Processing, |

JAN 2 5 2012

| Loan Id: | | | | | | Principal Balance: | $2,491.02 | | | | Amount Due: | $327.94 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Borrower's Name: | | ABRAHAM INETIANBOR | | | | Next Due Date: | 01/01/12 | | | | Interest Rate: | 135.00 % | Page 2 of 2 |

| Txn # | Txn Date | Apply Date | Total Amount | Type | Fee | Interest | Principal | Principal Balance | Txn Code | Cancelled By Txn# | See Txn# | Agent | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 11/03/11 | 11/01/11 | 298.94 | ACH | | -283.83 | -15.11 | 2,507.83 | 700 | | | | Scheduled ACH for 2011-11-01 (9778163) - -ACHVendor=ACHWorks, SettlementID=BB40010P-- |
| 33 | 12/06/11 | 12/01/11 | 298.94 | ACH | | -282.13 | -16.81 | 2,491.02 | 700 | | | | Scheduled ACH for 2011-12-01 (9871147) - -ACHVendor=ACHWorks, SettlementID=BC70013W-- |
| 36 | 01/16/12 | 01/16/12 | 29.00 | LATE | 29.00 | | 0.00 | 2,491.02 | 350 | | | | Automated Fee Sweep |

JAN 2 5 2012

#32282

# EXHIBIT C

**Case No.: 0:13-cv-60066-CIV-COHN-SELTZER**

JAN 2 5 2012

#32282

# WESTERN SKY CONSUMER LOAN AGREEMENT

| Loan No.: 5179133 | Date of Note: | January 05, 2011 |
|---|---|---|
| | Expected Funding Date: | January 05, 2011 |
| Lender: Western Sky Financial, LLC | Borrower: | ABRAHAM INETIANBOR |
| Address: P.O. Box 370 Timber Lake, SD 57656 | Address: | 4271 NW 5TH ST PLANTATION, FL 33317 |

**This Loan Agreement is subject solely to the exclusive laws and jurisdiction of the Cheyenne River Sioux Tribe, Cheyenne River Indian Reservation.** By executing this Loan Agreement, you, the borrower, hereby acknowledge and consent to be bound to the terms of this Loan Agreement, consent to the sole subject matter and personal jurisdiction of the Cheyenne River Sioux Tribal Court, and further agree that no other state or federal law or regulation shall apply to this Loan Agreement, its enforcement or interpretation.

In this Loan Agreement, the words "you" and "your" mean the person signing as a borrower. "We," "us," "our," and "Lender" mean Western Sky Financial, LLC, a lender authorized by the laws of the Cheyenne River Sioux Tribal Nation and the Indian Commerce Clause of the Constitution of the United States of America, and any subsequent holder of this Note ("Western Sky").

TRUTH IN LENDING DISCLOSURES: The disclosures below are provided to you so that you may compare the cost of this loan to other loan products you might obtain in the United States. Our inclusion of these disclosures does not mean that we consent to application of state or federal law to us, to the loan, or this Loan Agreement.

## TRUTH IN LENDING ACT DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you | The amount you will have paid after all payments are made as scheduled |
| 139.31 % | $8,499.82 | $2,525.00 | $11,024.82 |

| PAYMENT SCHEDULE |
|---|
| One payment of $263.25 on February 01, 2011. |
| 35 monthly payments of $298.94 beginning on March 01, 2011. |
| One payment of $298.67 on February 01, 2014. |

JAN 2 5 2012

#32282

**Late Charge:**   If a payment is more than 15 days late, you will be charged $29.00.

**Prepayment:**   If you pay off this loan early, you will not have to pay any penalty.

Please see the remainder of this document for additional information about nonpayment, default and any required repayment in full before the scheduled date.

| ITEMIZATION OF AMOUNT FINANCED | |
|---|---|
| Amount Financed: | $2,525.00 |
| Amount Paid to Borrower Directly: | $2,525.00 |
| Prepaid Finance Charge/Origination Fee: | $75.00 |

You promise to pay to the order of Western Sky or any subsequent holder of this Note the sum of **$2,600.00**, together with interest calculated at **135.00 %** per annum and any outstanding charges or late fees, until the full amount of this Note is paid. You promise to repay this loan by making, at a minimum, the payments described on the payment schedule listed above.

Payments will be applied first to any outstanding charges or late fees, then to earned interest and finally to principal. The payment schedule described above may change in the event you do not make all payments as scheduled or in the event you accrue any fees.

Interest is calculated on a 360/360 simple interest basis. This means that interest is calculated by dividing the annual Interest Rate by 360, multiplying that number by the outstanding principal balance, and multiplying that number by the number of days the principal balance is outstanding.

You may prepay all or any part of the principal without penalty.

If you fail to make any payment due hereunder, the holder of this Note shall have the right, after a 30-day grace period, to declare this note to be immediately due and payable. If you file for an assignment for the benefit of creditors, or for bankruptcy, the holder of this Note shall have the right to declare this Note to be immediately due and payable.

Except as may be provided in the "Arbitration" section of this Note, if we are required to employ an attorney at law to collect any amounts due hereunder, you will be required to pay the reasonable fees of such attorney to protect our interest or to take any other action required to collect the amounts due hereunder.

The Prepaid Finance Charge disclosed above is fully earned upon loan origination and is not subject to rebate upon prepayment or acceleration of this Note.

**LATE FEES.** You will be subject to a late fee of $29 if you fail to make your payment within 15 days of the due date. We can collect any late fees immediately via Electronic Funds Transfer (EFT) from your bank account.

**INSUFFICIENT FUNDS.** You will be subject to a fee of $29 if any payment you make is returned by your bank for insufficient funds.

**E-SIGN/ELECTRONIC COMMUNICATIONS.** Although federal law does not apply to this Agreement, this Note is in original format an electronic document fully compliant with the

JAN 2 5 2012
# 32282

Electronic Signatures in Global and National Commerce Act (E-SIGN) and other applicable laws and regulations, and the one, true original Note is retained electronically by us. All other versions hereof, whether electronic or in tangible format, constitute facsimiles or reproductions only. You understand that you have previously consented to receive all communications from us, including but not limited to all required disclosures, electronically.

**CREDIT REPORTS.** You agree that we may obtain credit reports on you on an ongoing basis as long as this loan remains in effect. You also authorize us to report information concerning this account to credit bureaus and anyone else we believe in good faith has a legitimate need for such information. Late payments, missed payments, or other defaults on this account may be reflected in your credit report.

**CALL MONITORING/RECORDING.** You understand that, from time to time, we may monitor or record telephone calls between us for quality assurance purposes. You expressly consent to have your calls monitored or recorded.

**TELEPHONE CALLS.** You hereby agree that in the event we need to contact you to discuss your account or the repayment of your loan, we may telephone you at any number, including any cell phone number provided, and that we may leave an autodialed or prerecorded message or use other technology to make that contact or to communicate to you the status of your account.

**VERIFICATION.** You authorize us to verify all of the information you have provided in obtaining approval of this Loan.

**GOVERNING LAW.** This Agreement is governed by the Indian Commerce Clause of the Constitution of the United States of America and the laws of the Cheyenne River Sioux Tribe. We do not have a presence in South Dakota or any other states of the United States. Neither this Agreement nor Lender is subject to the laws of any state of the United States of America.

**ASSIGNMENT.** We may assign or transfer this Loan Agreement or any of our rights under it at any time to any party.

**WAIVER OF JURY TRIAL AND ARBITRATION.**

**PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY.** Unless you exercise your right to opt-out of arbitration in the manner described below, any dispute you have with Western Sky or anyone else under this loan agreement will be resolved by binding arbitration. Arbitration replaces the right to go to court, including the right to have a jury, to engage in discovery (except as may be provided in the arbitration rules), and to participate in a class action or similar proceeding. In Arbitration, a dispute is resolved by an arbitrator instead of a judge or jury. Arbitration procedures are simpler and more limited than court procedures. Any Arbitration will be limited to the dispute between yourself and the holder of the Note and will not be part of a class-wide or consolidated Arbitration proceeding.

**Agreement to Arbitrate.** You agree that any Dispute, except as provided below, will be resolved by Arbitration, which shall be conducted by the Cheyenne River Sioux Tribal Nation by an authorized representative in accordance with its consumer dispute rules and the terms of this Agreement.

**Arbitration Defined.** Arbitration is a means of having an independent third party resolve a Dispute. A "Dispute" is any controversy or claim between you and Western Sky or the holder of the Note. The term Dispute is to be given its broadest possible meaning and includes, without limitation, all claims or demands (whether past, present, or future, including events that occurred prior to the opening of this Account), based on any legal or equitable theory (tort, contract, or otherwise), and regardless of the type of relief sought (i.e. money, injunctive relief, or declaratory relief). A Dispute includes, by way of example and without limitation, any claim based upon

JAN 2 F 2012
#32282

marketing or solicitations to obtain the loan and the handling or servicing of my account whether such Dispute is based on a tribal, federal or state constitution, statute, ordinance, regulation, or common law, and including any issue concerning the validity, enforceability, or scope of this loan or the Arbitration agreement. For purposes of this Arbitration agreement, the term "the holder" shall include Western Sky or the then-current note holder's employees, officers, directors, attorneys, affiliated companies, predecessors, and assigns, as well as any marketing, servicing, and collection representatives and agents.

**Choice of Arbitrator.** Any party to a dispute, including related third parties, may send the other party written notice by certified mail return receipt requested at the address appearing at the top of this Loan Agreement of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Arbitration shall be conducted in the Cheyenne River Sioux Tribal Nation by your choice of either (i) a Tribal Elder, or (ii) a panel of three (3) members of the Tribal Council, and shall be conducted in accordance with the Cheyenne River Sioux Tribal Nation's consumer dispute rules and the terms of this Agreement. You may appear at Arbitration via telephone or video conference, and you will not be required to travel to the Cheyenne River Sioux Tribal Nation. The party receiving notice of Arbitration will respond in writing by certified mail return receipt requested within twenty (20) days. You understand that if you demand Arbitration, you must inform us of your demand of the Arbitrator you have selected. You also understand that if you fail to notify us, then we have the right to select the Arbitrator.

**Cost of Arbitration.** We will pay the filing fee and any costs or fees charged by the arbitrator regardless of which party initiates the Arbitration. Except where otherwise provided by the law of the Cheyenne River Sioux Tribal Nation, each party will be responsible for its own attorneys' fees and other expenses. Unless prohibited by law, the arbitrator may award fees, costs, and reasonable attorneys' fees to the party who substantially prevails in the Arbitration.

**Waiver of Rights.** YOU HEREBY AGREE THAT YOU ARE WAIVING YOUR RIGHT TO A JURY TRIAL, TO HAVE A COURT DECIDE YOUR DISPUTE, TO PARTICIPATE IN A CLASS ACTION LAWSUIT, AND TO CERTAIN DISCOVERY AND OTHER PROCEDURES THAT ARE AVAILABLE IN A LAWSUIT. The arbitrator has the ability to award all remedies available by statute, at law, or in equity to the prevailing party, except that the parties agree that the arbitrator has no authority to conduct class-wide proceedings and will be restricted to resolving the individual disputes between the parties. The validity, effect, and enforceability of this waiver of class action lawsuit and class-wide Arbitration is to be determined solely by a court of competent jurisdiction located within the Cheyenne Rivers Sioux Tribal Nation, and not by the arbitrator. If the court refuses to enforce the class-wide Arbitration waiver, or if the arbitrator fails or refuses to enforce the waiver of class-wide Arbitration, the parties agree that the Dispute will proceed in tribal court and will be decided by a tribal court judge, sitting without a jury, under applicable court rules and procedures.

**Applicable Law and Judicial Review.** THIS ARBITRATION PROVISION IS MADE PURSUANT TO A TRANSACTION INVOLVING THE INDIAN COMMERCE CLAUSE OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA, AND SHALL BE GOVERNED BY THE LAW OF THE CHEYENNE RIVER SIOUX TRIBE. The arbitrator will apply the laws of the Cheyenne River Sioux Tribal Nation and the terms of this Agreement. The arbitrator must apply the terms of this Arbitration agreement, including without limitation the waiver of class-wide Arbitration. The arbitrator will make written findings and the arbitrator's award may be filed with any court having jurisdiction. The Arbitration award will be supported by substantial evidence and must be consistent with this Agreement and applicable law or may be set aside by a court upon judicial review.

**Other Provisions.** This Arbitration provision will survive: (i) termination or changes in this Agreement, the Account, or the relationship between us concerning the Account; (ii) the bankruptcy of any party; and (iii) any transfer, sale or assignment of my Note, or any amounts owed on my account, to any other person or entity. This Arbitration provision benefits and is binding upon you, your respective heirs, successors and assigns. It also benefits and is binding upon us, our successors and assigns, and related third parties. The Arbitration Provision continues

JAN 2 5 2012
#32282

in full force and effect, even if your obligations have been paid or discharged through bankruptcy. The Arbitration Provision survives any termination, amendment, expiration, or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. If any of this Arbitration Provision is held invalid, the remainder shall remain in effect

**Right to Opt Out.** If you do not wish your account to be subject to this Arbitration Agreement, you must advise us in writing at P.O. Box 370, Timber Lake, South Dakota, 57565, or via e-mail at info@westernsky.com. You must clearly print or type your name and account number and state that you reject Arbitration. You must give written notice; it is not sufficient to telephone us. We must receive your letter or e-mail within sixty (60) days after the date your loan funds or your rejection of Arbitration will not be effective. In the event you opt out of Arbitration, any disputes hereunder shall nonetheless be governed under the laws of the Cheyenne River Sioux Tribal Nation.

**THIS LOAN CARRIES A VERY HIGH INTEREST RATE. YOU MAY BE ABLE TO OBTAIN CREDIT UNDER MORE FAVORABLE TERMS ELSEWHERE. EVEN THOUGH THE TERM OF THE LOAN IS 37 MONTHS, WE STRONGLY ENCOURAGE YOU TO PAY OFF THE LOAN AS SOON AS POSSIBLE. YOU HAVE THE RIGHT TO PAY OFF ALL OR ANY PORTION OF THE LOAN AT ANY TIME WITHOUT INCURRING ANY PENALTY. YOU WILL, HOWEVER, BE REQUIRED TO PAY ANY AND ALL INTEREST THAT HAS ACCRUED FROM THE FUNDING DATE UNTIL THE PAYOFF DATE.**

CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS AGREEMENT BEFORE YOU SIGN IT. YOU ARE ENTITLED TO A COPY OF THIS AGREEMENT.

| ✓ | YOU HAVE READ AND UNDERSTAND THE ARBITRATION SECTION OF THIS NOTE AND AGREE TO BE BOUND BY THE TERMS AND CONDITIONS OF THAT SECTION. |
|---|---|
| ✓ | **YOU HAVE READ ALL OF THE TERMS AND CONDITIONS OF THIS PROMISSORY NOTE AND DISCLOSURE STATEMENT AND AGREE TO BE BOUND THERETO. YOU UNDERSTAND AND AGREE THAT YOUR EXECUTION OF THIS NOTE SHALL HAVE THE SAME LEGAL FORCE AND EFFECT AS A PAPER CONTRACT.** |

**CONSUMER COMPLAINTS** - If you have a complaint about our loan, please let us know. You can contact us at P.O. Box 370, Timber Lake, South Dakota, 57656, telephone (877) 860-2274.

## ELECTRONIC FUNDS AUTHORIZATION AND DISCLOSURE

You hereby authorize us to initiate electronic funds transfers ("EFTs") for withdrawal of your scheduled loan payment from your checking account on or about the FIRST day of each month. You further authorize us to adjust this withdrawal to reflect any additional fees, charges or credits to your account. We will notify you 10 days prior to any given transfer if the amount to be transferred varies by more than $50 from your regular payment amount. You also authorize us to withdraw funds from your account on additional days throughout the month in the event you are delinquent on your loan payments. You understand that this authorization and the services undertaken in no way alters or lessens your obligations under the Loan Agreement. You understand that you can cancel this authorization at any time (including prior to your first payment due date) by sending written notification to us. Cancellations must be received at least three business days prior to the applicable due date. This EFT debit authorization will remain in full force and effect until the earlier of the following occurs: (i) you satisfy all of your payment obligations under this Loan

Agreement or (ii) you cancel this authorization.

JAN 2 5 2012

#32282

In addition, you hereby authorize us and our agents to initiate a wire transfer credit to your bank account to disburse the proceeds of this Loan. You acknowledge that the origination of the wire transfer to my bank account must comply with applicable provisions of tribal law.

| ✔ | YOU UNDERSTAND OUR PAYMENT COLLECTION PROCEDURE AND AUTHORIZE ELECTRONIC DEBITS FROM YOUR BANK ACCOUNT. |
|---|---|

Click here to print out a copy of this document for your records.

# EXHIBIT D

**Case No.: 0:13-cv-60066-CIV-COHN-SELTZER**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WESTERN SKY - CASH CALL
P.O. BOX 370
TIMBERLAKE, SD 57656

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee
B. Received by ( Printed Name )   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7011 1570 0002 4233 5133

PS Form 3811, February 2004   Domestic Return Receipt

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7011 3500 0000 0951 8699

Postage   $   $0.45
Certified Fee   $2.95
Return Receipt Fee
(Endorsement Required)   $2.35
Restricted Delivery Fee
(Endorsement Required)   $0.00
Total Postage & Fees   $   $5.75

Sent To   CASH CALL
Street, Apt. No.;
or PO Box No.   CA 92806
City, State, ZIP+4

05/29/2012

---

CERTIFIED MAIL
UNITED STATES POSTAL SERVICE

1000

**SENDER: COMPLETE THIS SECTION**

[ ... ]2, and 3. Also complete [Restricted] Delivery is desired.
[ ...name and] address on the reverse
[ ...so that we] can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WESTERN SKY/CASH CALL
1600 S. DOUGLAS·ROAD
ANAHEIM, CA 92806

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee
B. Received by ( Printed Name )   C. Date of Delivery
Andrew Clark
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7011 3500 0000 0951 8699

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# EXHIBIT E

**Case No.: 0:13-cv-60066-CIV-COHN-SELTZER**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EXPERIAN
P. O. Box 9701
ALLEN, TX 75013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)   EXPERIAN
701 EXPERIAN PARKWAY

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

AUG 29 2012

James M. Swanson

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)    7011 2000 0002 3968 3929

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EQUIFAX INFORMATION SERVICES LLC
P.O. BOX 105069
ATLANTA, GA 30348

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

AUG 25 2012

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)    7012 1640 0002 4972 5668

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

# EXHIBIT F

**Case No.: 0:13-cv-60066-CIV-COHN-SELTZER**



**FLORIDA OFFICE OF
FINANCIAL
REGULATION**

PROTECT | REGULATE | INVESTIGATE | ENFORCE

200 E Gaines Street, Tallahassee, FL 32399-0376
Phone – 850-ITS-YOUR-MONEY – (850) 487-9687
Visit us on the web: www.ItsYourMoneyFlorida.com

**TOM GRADY**
COMMISSIONER

February 14, 2012

Mr. Abraham Inetianbor
4271 NW 5th Street, #247
Plantation, FL 33317

Re:     Complaint Activity Number: 32282
        Entity/Company: CashCall, Inc

Dear Mr. Inetianbor,

The Office of Financial Regulation (OFR) has completed its review of your complaint. The above-referenced entity's response to your complaint is attached for your review. OFR has seen an increase in the number of complaints from consumers who have been harmed by illegal internet payday lenders. Many of these companies are unlicensed and do business over the internet, which makes it especially difficult to resolve issues when problems arise. Most internet payday lending activities are illegal in this state. In particular, many loans made by these internet payday lenders grossly exceed the interest rates allowed under the Florida Consumer Finance Act ("FCFA"), which the OFR also enforces and administers. By operation of law, these loans are unenforceable and void in this state. Additionally, many of these internet payday lenders, or their third-party collection agencies, may use threatening and misleading scare tactics in attempting to collect these loans. Florida law also prohibits any person from claiming, attempting, or threatening to enforce a debt when the person knows that the debt is not legitimate or when the person attempts to assert a legal right when such person knows that the right does not exist.

OFR also recommends you review the following websites if your issue has not been fully resolved. Know your rights under the Federal Fair Debt Collection Practices Act:

        http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre18.shtm

Review your credit report for errors or inaccuracies. Consumers may receive a free copy of their credit report once every 12 months from each of the three major credit agencies (Equifax, Experian, and Transunion). Visit:

        http://www.ftc.gov/bcp/edu/microsites/freereports/index.shtml      and for more information
        http://www.ftc.gov/bcp/edu/microsites/idtheft/consumers/defend.html

OFR appreciates you bringing this matter to our attention. The information that you provided will be used as part of a method of identifying firms and individuals for further examination and review. All information will be retained for future reference. Many enforcement actions taken by OFR have been the result of an investigation initiated as a result of a customer complaint. Finally, you may wish to consult with a private attorney or your local Legal Aid office about your civil remedies.

Thank you for your patience and cooperation throughout our review process.

Sincerely,

*K. Mackenzie*

Ken Mackenzie
Financial Examiner Analyst II
Division of Finance

Case 0:13-cv-60066-JIC Document 48 Entered on FLSD Docket 04/03/2013 Page 31 of 59



OFFICE OF THE ATTORNEY GENERAL

Office of Citizen Services
The Capitol
Tallahassee, Florida 32399-1050

Telephone (850) 414-3990
Fax (850) 410-1630

**PAM BONDI**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

## FAX COVER SHEET

**Date:** 9-18-12

**From:** Office of Citizen Services
Florida Attorney General's Office

**Phone:** (866) 966-7226 (toll-free in FL)
(850) 414-3990
**Fax:** (850) 410-1630

**To:** Mr. Inetianbor
**Fax:** 954-616-5409

**Subject:** email response

Number of pages, including cover:

NOTE: Please contact ___X 4___ at 414-3390/866-966-7226 (in FL) if you do not
receive all pages of the fax.

**Internet Mail Reply .. Sent**

From:    AG@MyFloridaLegal.com
To:      ROOTDOCTORABE@GMAIL.COM

Subject: From Attorney General Pam Bondi
Date:    09/06/2012 01:42:57 PM

Hello Mr. Inetianbor,

Florida Attorney General Pam Bondi received your email regarding Western Sky, an affiliate of Cash Call.
Attorney General Bondi has asked that I respond. We have taken note of the difficulties you encountered,
and appreciate you sharing this information with our office.

The Attorney General's Office is concerned with all potentially unfair and deceptive trade practices. Our
office uses complaints such as yours to identify patterns of questionable business activities which may
indicate the need for formal investigation or action by our office to protect the broad public interest. I am
forwarding your correspondence to the Attorney General's Economic Crime section for review. What
action, if any, this office may take is unknown at this time. However, our office does not generally mediate
individual consumer complaints, and we are not at liberty to give legal opinions or advice to private
individuals or businesses. I hope the following information proves helpful.

I understand that you have contacted the Florida Office of Financial Regulation (OFR), the Federal Trade
Commission (FTC) and the Better Business Bureau (BBB), contacted your bank and also retained an
attorney to assist you. These are the appropriate steps to take in an effort to resolve this matter, and we
suggest that you continue to work with those offices for help. We also encourage you to review the
following websites for helpful information about payday loans, collection scams and fair debt collection
practices:

   http://www.ftc.gov/bcp/edu/pubs/consumer/alerts/alt139.shtm
   http://www.ftc.gov/bcp/edu/pubs/consumer/alerts/alt060.shtm
   http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre18.shtm
   http://www.ftc.gov/bcp/menus/consumer/credit/loans.shtm
   http://www.ftc.gov/opa/reporter/finance/debtcollection.shtml
   http://www.ic3.gov/media/2010/101201.aspx

If you have not already done so, you may also wish to file a complaint with the California Attorney
General's Office at:

   Office of the Attorney General
   Public Inquiry Unit
   Post Office Box 944255
   Sacramento, California 94244-2550
   Phone:  (916) 322-3360
   Toll-free in CA:  (800) 952-5225
   Website:  http://oag.ca.gov/
   Complaint form:  http://ag.ca.gov/contact/business_corpform.pdf

Thank you for taking the time to share your concerns with Attorney General Bondi's Office. We will retain
your information in our consumer files. If you would like to keep current with news on Attorney General
Bondi's efforts to fight fraud please follow this link and subscribe to the Attorney General's electronic
newsletters:

http://myfloridalegal.com/NewsBrie.nsf/Subscriber

Sincerely,

# EXHIBIT G

**Case No.: 0:13-cv-60066-CIV-COHN-SELTZER**

nt Report

# Negative Accounts

Hide All Account Details

Accounts that contain a negative account status. Accounts not paid as agreed generally remain on your credit file for 7 years from the Â date the account first became past due leading to the current not paid status. Late Payment History generally remains on your credit file for 7 years from the date of the late payment.

## Closed Accounts

Date of last reported update.

Condition of account when last updated by creditor or otherwise.

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| CASHCALL Hide Details | 517XXXX | 01/2011 | $0 | 06/2012 | $0 | CHARGE-OFF | |

← JUNE REPORT →

## CASHCALL

PO Box 66007
Anaheim, CA-928166007
(714) 722-6980

| | | | | |
|---|---|---|---|---|
| Account Number: | 517XXXX | Status: | CHARGE-OFF | |
| Account Owner: | Individual Account. | High Credit: | $2,600 | |
| Type of Account: | Installment | Credit Limit: | | |
| Term Duration: | 36 Months | Terms Frequency: | Monthly (due every month) | |
| Date Opened: | 01/2011 | Balance: | $0 | |
| Date Reported: | 06/2012 | Amount Past Due: | $0 | |
| Date of Last Payment: | 12/2011 | Actual Payment Amount: | | |
| Scheduled Payment Amount: | $298 | Date of Last Activity: | N/A | |
| Date Major Delinquency First Reported: | | Months Reviewed: | 16 | |
| Creditor Classification: | | Activity Designator: | N/A | |
| Charge Off Amount: | | Deferred Payment Start Date: | | |
| Balloon Payment Amount: | | Balloon Payment Date: | | |
| Date Closed: | | Type of Loan: | Note Loan | |

01/2013
- Report Does Not Update

Confirmation #:
2745476290

- Initiate Online Dispute

# Negative Accounts

Hide All Account Details

Accounts that contain a negative account status. Accounts not paid as agreed generally remain on your credit file for 7 years from the date the account first became past due leading to the current not paid status. Late Payment History generally remains on your credit file for 7 years from the date of the late payment.

## Open Accounts

Date of last reported update.

Condition of account when last updated by creditor or otherwise.

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| CASHCALL Hide Details | 517XXXX | 01/06/2011 | $2,491 | 07/31/2012 | $1,282 | 120+ DAYS PAST DUE | |

**CASHCALL**

PO Box 66007
Anaheim, CA-928166007
(714) 722-6980

*(handwritten annotation: ← JULY REPORT →)*

| Account Number: | 517XXXX | Status: | 120+ DAYS PAST DUE |
|---|---|---|---|
| Account Owner: | Individual Account. | High Credit: | $2,600 |
| Type of Account ?: | Installment | Credit Limit: | |
| Term Duration: | 36 Months | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 01/06/2011 | Balance: | $2,491 |
| Date Reported: | 07/31/2012 | Amount Past Due: | $1,282 |
| Date of Last Payment: | 12/2011 | Actual Payment Amount: | |
| Scheduled Payment Amount: | $298 | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | | Months Reviewed: | 16 |

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Status |
|---|---|---|---|---|---|---|

PO Box 66007
Anaheim, CA-928166007
(714) 722-6980

| | | | |
|---|---|---|---|
| Account Number: | 517XXXX | Status: | CHARGE-OFF |
| Account Owner: | Individual Account. | High Credit: | $2,600 |
| Type of Account ⊡: | Installment | Credit Limit: | |
| Term Duration: | 36 Months | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 01/07/2011 | Balance: | $0 |
| Date Reported: | 11/08/2012 | Amount Past Due: | $0 |
| Date of Last Payment: | 12/2011 | Actual Payment Amount: | |
| Scheduled Payment Amount: | $298 | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | | Months Reviewed: | 16 |
| Creditor Classification: | | Activity Designator: | N/A |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Note Loan |
| Date of First Delinquency: | 12/2011 | | |
| Comments: | Consumer disputes - reinvestigation in progress | | |

*(handwritten annotation)* ? MY LAST AND FINAL PAYMENT WAS DEC 2011 WHY REPORT DELIQUENCY IN 12/11 AND PAYMENT IN 05/12 ? ?

### 81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | * | 30 | 60 | 90 | * | * | * | * | * | * | | |
| 2011 | * | * | * | * | * | * | * | * | * | * | * | * |

Payment History Key

HYUNDAI
MOTOR
FINANC      2010020693XXXX   02/17/2010   $0      11/05/2012      PAYS AS
Show Details                                                      AGREED

©2012 Equifax, Inc., All rights reserved    Privacy Policy  |  Terms of Use  |  FACT Act

Equifax and the Equifax marks used herein are registered trademarks of Equifax, Inc. Other product and company names mentioned herein are the property of their respective owners.

# EXHIBIT H

**Case No.: 0:13-cv-60066-CIV-COHN-SELTZER**

**Print Report**          **Close Window**

Prepared for: **ABRAHAM INETIANBOR**                    Report Date: **7/8/2012**

## Personal Profile

Here you will find the personal information contained in your credit file, including your legal name(s), address(es), current and previous employers, and date of birth.

|  | **EXPERIAN** | **EQUIFAX** | **TRANSUNION** |
|---|---|---|---|
| **Name:** | ABRAHAM INETIANBOR | ABRAHAM INETIANBOR | ABRAHAM INETIANBOR |
| **Also Known As:** | | | |
| **Year of Birth:** | 1980 | 1980 | 1980 |
| **Address(es):** | 4271 NW 5TH ST APT 247, PLANTATION, FL 33317-2166 | 14219 PARKSIDE LITTLE, LITTLE ROCK, AR 72211 | 4271 NW 5TH ST 247, PLANTATION, FL 33317 |
| | 7 FARRINGTON AVE, ALLSTON, MA 02134-1704 | 4271 NW 5TH ST APT 247, PLANTATION, FL 33317 | |
| | 695 SAINT NICHOLAS AVE APT 3, NEW YORK, NY 10030-1051 | 1 CAMPUS VIEW DR APT 381, VIENNA, WV 26105 | |
| **Current Employer:** | MEDIA VIBES LLC | MEDIA VIBES LLC | MEDIA VIBES LLC |
| **Previous Employer(s):** | | | |

## Credit Summary

This section gives you a broad look at your current and past credit status. Here you'll find the total number of open and closed accounts in your name, the total balance on those accounts, and delinquencies.

|  | **EXPERIAN** | **EQUIFAX** | **TRANSUNION** |
|---|---|---|---|
| **REAL ESTATE ACCOUNTS:** | | | |
| Count | 0 | 0 | 0 |
| Balance | $0.00 | $0.00 | $0.00 |
| Current | 0 | 0 | 0 |
| Delinquent | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| **REVOLVING ACCOUNTS:** | | | |
| Count | 5 | 5 | 5 |
| Balance | $3,955.00 | $3,955.00 | $3,955.00 |
| Current | 5 | 5 | 5 |
| Delinquent | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| **INSTALLMENT ACCOUNTS:** | | | |
| Count | 3 | 4 | 2 |
| Balance | $17,372.00 | .$17,372.00 | $14,881.00 |
| Current | 3 | 3 | 2 |
| Delinquent | 0 | 1 | 0 |
| Other | 0 | 0 | 0 |
| **OTHER ACCOUNTS:** | | | |
| Count | 0 | 1 | 0 |
| Balance | $0.00 | $0.00 | $0.00 |
| Current | 0 | 0 | 0 |
| Delinquent | 0 | 0 | 0 |
| Other | 0 | 1 | 0 |
| **COLLECTION ACCOUNTS:** | | | |

| | | | |
|---|---|---|---|
| Count | 0 | 0 | 0 |
| Balance | $0.00 | $0.00 | $0.00 |
| Current | 0 | 0 | 0 |
| Delinquent | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| **TOTAL ACCOUNTS:** | | | |
| Count | 8 | 10 | 7 |
| Balance | $21,327.00 | $21,327.00 | $18,836.00 |
| Current | 8 | 8 | 7 |
| Delinquent | 0 | 1 | 0 |
| Other | 0 | 1 | 0 |
| **ACCOUNTS SUMMARY:** | | | |
| Open Accounts: | 8 | 9 | 6 |
| Closed Accounts: | 0 | 0 | 1 |
| Public Records: | 0 | 0 | 0 |
| Inquiries: | 0 | 0 | 8 |

## Public Records

The information in this section comes from federal district bankruptcy records, state and county court records, tax liens and monetary judgments, and in some states, overdue child support records. Public records remain on your credit report for 7-10 years.

There are **0** public record items on your report.

## Credit Inquiries

This section contains the names of those who obtained a copy of your credit report. Inquiries remain on your report up to two years.

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| LAKE MICHIGA Finance, personal 8/5/2011 | | | ✓ |
| ALLY FNCL Credit card and travel / entertainment companies 8/5/2011 | | | ✓ |
| TD AUTO FINA Credit card and travel / entertainment companies 8/5/2011 | | | ✓ |
| SUBURBAN IMP Automotive 8/5/2011 | | | ✓ |
| VW CREDIT Finance, personal 8/5/2011 | | | ✓ |
| FIA CSNA Banks and S&Ls 3/11/2011 | | | ✓ |
| BK OF AMER Banks and S&Ls 3/4/2011 | | | ✓ |
| FIRSTSOURCE Collection services 8/2/2010 | | | ✓ |

## Account History

This section contains specific information on each account you've opened in the past. Positive information about your accounts remains on your report indefinitely.

## ACCION EAST

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | | ACCION EAST | |
| Account Number: | | 4XXXX | |
| Acct Type: | | Installment | |
| Acct Status: | | Open | |
| Monthly Payment: | | $272.00 | |
| Date Open: | | 8/1/2009 | |
| Balance: | | $0.00 | |
| Terms: | | | |
| High Balance: | | $6,054.00 | |
| Limit: | | | |
| Past Due: | | $0.00 | |
| Payment Status: | | Pays account as agreed | |
| Comments: | | BUSINESS ACCOUNT -PERSONAL GUARANTEE | |

### 24-Month Payment History

| Date: | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 09 | 09 | 09 | 09 | 09 | 09 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 |
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

## ACCIONEAST

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | ACCION USA INC | ACCION USA | ACCIONEAST |
| Account Number: | 15XXXX | 15XXXX | 15XXXX |
| Acct Type: | Commercial transaction with personal liability, guarantee or written instruction | Installment | Installment account |
| Acct Status: | Open | Open | Open |
| Monthly Payment: | $227.00 | $227.00 | $227.00 |
| Date Open: | 2/1/2011 | 2/1/2011 | 2/1/2011 |
| Balance: | $1,737.00 | $1,737.00 | $1,737.00 |
| Terms: | 25 Months | | 25 Months |
| High Balance: | | $4,808.00 | $4,808.00 |
| Limit: | | | |
| Past Due: | | | $0.00 |
| Payment Status: | Current | Pays account as agreed | Paid or paying as agreed |
| Comments: | | BUSINESS ACCOUNT -PERSONAL GUARANTEE | |

### 24-Month Payment History

| Date: | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 12 | 12 | 12 | 12 | 12 |
| Experian: | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax: | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## AMERICAN EXPRESS

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|

| | |
|---|---|
| Account Name: | AMERICAN EXPRESS |
| Account Number: | -349991748724XXXX |
| Acct Type: | Revolving or Option |
| Acct Status: | Open |
| Monthly Payment: | |
| Date Open: | 3/1/2007 |
| Balance: | |
| Terms: | |
| High Balance: | |
| Limit: | $4,600.00 |
| Past Due: | |
| Payment Status: | Pays account as agreed |
| | CREDIT CARD |
| Comments: | |

### 24-Month Payment History

| Date: | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | Jan 10 | Feb 10 | Mar 10 | Apr 10 | May 10 | Jun 10 | Jul 10 | Aug 10 | Sep 10 | Oct 10 | Nov 10 | Dec 10 | Jan 11 | Feb 11 | Mar 11 | Apr 11 | May 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

## AMEX

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | AMEX | | |
| Account Number: | 349991748724XXXX | | |
| Acct Type: | Credit Card | | |
| Acct Status: | Open | | |
| Monthly Payment: | | | |
| Date Open: | 3/1/2007 | | |
| Balance: | $0.00 | | |
| Terms: | Revolving | | |
| High Balance: | $4,556.00 | | |
| Limit: | $4,600.00 | | |
| Past Due: | | | |
| Payment Status: | Current | | |
| Comments: | | | |

### 24-Month Payment History

| Date: | Sep 08 | Oct 08 | Nov 08 | Dec 08 | Jan 09 | Feb 09 | Mar 09 | Apr 09 | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | Jan 10 | Feb 10 | Mar 10 | Apr 10 | May 10 | Jun 10 | Jul 10 | Aug 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | OK |
| Equifax: | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

## CAP ONE

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | CAP ONE | CAPITAL ONE BANK USA | CAP ONE |
| Account Number: | 51780598XXXX | 51780598XXXX | 51780598XXXX |
| Acct Type: | Credit Card | Revolving or Option | Revolving account |
| Acct Status: | Open | Open | Open |
| Monthly Payment: | $25.00 | $25.00 | $25.00 |
| Date Open: | 8/1/2008 | 8/1/2008 | 8/3/2008 |

| | | | |
|---|---|---|---|
| Balance: | $303.00 | $303.00 | $3 |
| Terms: | Revolving | | Mi |
| High Balance: | $576.00 | | $ |
| Limit: | $500.00 | $500.00 | |
| Past Due: | | | |
| Payment Status: | Current | Pays account as agreed | Paid or |
| | | CREDIT CARD | |
| Comments: | | | |

### 24-Month Payment History

| Date: | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 12 | 12 | 12 | 12 | 12 |
| Experian: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

### CAP ONE

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | CAP ONE | CAPITAL ONE | CAP ONE |
| Account Number: | 512025503138XXXX | 512025503138XXXX | 51202550XXXX |
| Acct Type: | Credit Card | Revolving or Option | Revolving account |
| Acct Status: | Open | Open | Open |
| Monthly Payment: | $18.00 | $18.00 | $18.00 |
| Date Open: | 5/1/2008 | 5/1/2008 | 5/7/2008 |
| Balance: | $532.00 | $532.00 | $532.00 |
| Terms: | Revolving | | Minimum |
| High Balance: | $912.00 | $720.00 | $912.00 |
| Limit: | $720.00 | | $720.00 |
| Past Due: | | | $0.00 |
| Payment Status: | Current | Pays account as agreed | Paid or paying as agreed |
| Comments: | | CREDIT CARD | Account information disputed by consumer |

### 24-Month Payment History

| Date: | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 12 | 12 | 12 | 12 | 12 |
| Experian: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

### CASHCALL

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | CASHCALL INC | CASHCALL | |
| Account Number: | 517XXXX | 517XXXX | |
| Acct Type: | Unsecured Loan | Installment | |
| Acct Status: | Open | Open | |
| Monthly Payment: | $298.00 | $298.00 | |
| Date Open: | 1/1/2011 | 1/1/2011 | |
| Balance: | $2,491.00 | $2,491.00 | |
| Terms: | 36 Months | | |
| High Balance: | | $2,600.00 | |
| Limit: | | | |
| Past Due: | | $1,282.00 | |

TRANSUNION REP SAID THE DON'T DO BUSINESS WITH CASH CALL

| | | |
|---|---|---|
| Payment Status: | Current | At least 120 days or more than four payments past due |
| Comments: | Account in dispute-reported by subscriber | UNSECURED |

### 24-Month Payment History

| Date: | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 10 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 12 | 12 | 12 | 12 | 12 |
| Experian: | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK | |
| Equifax: | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | OK | OK |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

### GECRB/PPXTRM

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | GECRB/PAYPAL EXTRAS MC | GECRBPAYPALEXTRASMC | GECRB/PPXTRM |
| Account Number: | 52185310XXXX | 52185310XXXX | 52185310XXXX |
| Acct Type: | Credit Card | Revolving or Option | Revolving account |
| Acct Status: | Open | Open | Open |
| Monthly Payment: | $94.00 | $94.00 | $94.00 |
| Date Open: | 1/1/2010 | 1/1/2010 | 1/6/2010 |
| Balance: | $2,984.00 | $2,984.00 | $2,984.00 |
| Terms: | Revolving | | Minimum |
| High Balance: | $3,172.00 | | $3,172.00 |
| Limit: | $3,000.00 | $3,000.00 | $3,000.00 |
| Past Due: | | | $0.00 |
| Payment Status: | Current | Pays account as agreed | Paid or paying as agreed |
| Comments: | | CREDIT CARD | |

### 24-Month Payment History

| Date: | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 12 | 12 | 12 | 12 | 12 |
| Experian: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

### HSBC BANK

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | | HSBC BANK | |
| Account Number: | | 25502236XXXX | |
| Acct Type: | | | |
| Acct Status: | | | |
| Monthly Payment: | | | |
| Date Open: | | 5/1/2008 | |
| Balance: | | | |
| Terms: | | | |
| High Balance: | | | |
| Limit: | | | |
| Past Due: | | | |
| Payment Status: | | LOST OR STOLEN CARD | |
| Comments: | | CONSUMER DISPUTES - REINVESTIGATION IN PROGRESS | |

**24-Month Payment History**

| Date: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

**HSBC BANK**

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | | | HSBC BANK |
| Account Number: | | | 51202550XXXX |
| Acct Type: | | | Revolving account |
| Acct Status: | | | Closed |
| Monthly Payment: | | | |
| Date Open: | | | 5/7/2008 |
| Balance: | | | $0.00 |
| Terms: | | | |
| High Balance: | | | $322.00 |
| Limit: | | | $300.00 |
| Past Due: | | | $0.00 |
| Payment Status: | | | Paid or paying as agreed |
| Comments: | | | Credit card lost or stolen |

**24-Month Payment History**

| Date: | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 09 | 09 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion: | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

**HYUNDAI FINC**

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | HYUNDAI MOTOR FINANCE | HYUNDAI MOTOR FINANC | HYUNDAI FINC |
| Account Number: | 2010020693XXXX | 2010020693XXXX | 2010020693XXXX |
| Acct Type: | Auto Loan | Installment | Installment account |
| Acct Status: | Open | Open | Open |
| Monthly Payment: | $356.00 | $356.00 | $356.00 |
| Date Open: | 2/1/2010 | 2/1/2010 | 2/17/2010 |
| Balance: | $13,144.00 | $13,144.00 | $13,144.00 |
| Terms: | 72 Months | | 72 Months |
| High Balance: | | $18,714.00 | $18,714.00 |
| Limit: | | | |
| Past Due: | | | $0.00 |
| Payment Status: | Current | Pays account as agreed | Paid or paying as agreed |
| Comments: | | AUTO | |

**24-Month Payment History**

| Date: | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 12 | 12 | 12 | 12 | 12 |
| Experian: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**PRFRD CUS AC**

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | WFFNATLBNK | PREFERRED CUSTOMER A | PRFRD CUS AC |
| Account Number: | 577442168672XXXX | 577442168672XXXX | 57744216XXXX |
| Acct Type: | Charge Account | Revolving or Option | Revolving account |
| Acct Status: | Open | Open | Open |
| Monthly Payment: | $26.00 | $26.00 | $26.00 |
| Date Open: | 9/1/2009 | 9/1/2009 | 9/11/2009 |
| Balance: | $136.00 | $136.00 | $136.00 |
| Terms: | Revolving | | Minimum |
| High Balance: | $1,500.00 | | $1,500.00 |
| Limit: | $1,500.00 | $1,500.00 | $1,500.00 |
| Past Due: | | | $0.00 |
| Payment Status: | Current | Pays account as agreed | Paid or paying as agreed |
| | | CHARGE | |
| Comments: | | | |

## 24-Month Payment History

| Date: | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 12 | 12 | 12 | 12 | 12 |
| Experian: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

### Legend

| | | | |
|---|---|---|---|
| OK | **Current** | 90 | **90 Days Late** |
| NO | **No Data Provided*** | 120 | **120 Days Late** |
| 30 | **30 Days Late** | KD | **Key Derogatory**** |
| 60 | **60 Days Late** | RF | **Repossession or Foreclosure** |
| | | PP | **Payment Plan** |

*Sometimes the credit bureaus do not have information from a particular month on file.

** For additional information on Key Derogatory, please see your _____.

## PLUS Score[SM] Report

A PLUS Score is a numerical representation of your credit worthiness. The majority of lenders use some sort of credit scoring model to help predict what kind of credit risk you may be. For each bureau's score and personalized analysis, click on the colored tabs below.

### PLUS Score from Experian

This PLUS Score is based on information from your _____ credit report.
Calculated on the PLUS Score model, your Experian Credit Score indicates your relative credit risk level for educational purposes and is not the score used by lenders. _____. Since information often differs among your three bureau reports, your PLUS Scores based on those reports will also vary.

**Your PLUS Score is: 720** on a scale of 330 – 830.

**Your Credit Category is:**

| Very Poor | Poor | Fair | Good | Excellent |
|---|---|---|---|---|

**Percentile:** Your credit rating ranks higher than 48.48% of U.S. consumers.

**PLUS Score Analysis**

.reditCheck(R) Total

https://www.creditchecktotal.com/Member/ReportView.aspx?nav=fals...

**What your PLUS Score means:**

Overall, your credit factors indicate that you have a good credit standing, and you will more than likely get good offers from lenders.

**What this means to you:**

Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. While lenders may use different scoring models to determine how you score, and each major credit bureau has its own method for calculating credit scores, the scoring models have been fairly well standardized so that a score at one bureau is roughly equivalent to the same score at another.

**What factors raise your PLUS Score:**

• You have done a great job at making all of your payments on time. The purpose of a credit score is to help lenders predict whether or not you will miss payments in the future, so keeping your record clean is a very positive factor.

• You do not apply for a lot of new accounts. Having a lot of inquiries on your credit report worries lenders, because it is a sign that you may use credit and loans to supplement your income, and might be spending beyond your means.

• Credit Cards allow you to both spend money and decrease debt; unlike mortgages or installment loans where you only decrease debt. Lenders like to see multiple credit cards on your credit report, because they are able to use them to better determine your ability to manage your spending.

• You do not have any Public Records (i.e. bankruptcies, tax liens, and court judgments) on your credit report. Lenders see these issues as major barriers to extending additional credit.

**What factors lower your PLUS Score:**

• You have spent more than half of the credit that has been extended to you, and lenders see this as a sign of irresponsible credit behavior. Ideally, you would pay off your balances every month or at least keep your credit-to-debt ratio under 15%.

• Lenders understand that it is much easier to manage a small amount of credit vs. a large amount of credit. Your relatively low credit limits signal to lenders that you have not had experience managing large amounts of credit, which makes them worried about extending more credit to you.

• When you have spent more than 90% of your available credit on a credit card, lenders perceive this as a sign that you are living off of your credit cards because your income is not large enough to cover your expenses. This leads them to believe that you might not be able to afford the payments on future lines of credit.

• Lenders recognize that obtaining and maintaining a mortgage requires more skill and discipline than other account types. People who have mortgages and pay them on time see an increase in their credit worthiness.

**Consumer Statement:**

| | |
|---|---|
| **Date:** | 5/25/2012 |
| **Statement:** | 27& 05-25-12 2499947 ID SECURITY ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. I CAN BE REACHED AT 954-616-8291. THIS SECURITY ALERT WILL BE MAINTAINED FOR 90 DAYS BEGINNING 05-25-12. |

## PLUS Score from Equifax

This PLUS Score is based on information from your ░░░░░░░ credit report.
Calculated on the PLUS Score model, your Experian Credit Score indicates your relative credit risk level for educational purposes
and is not the score used by lenders. ░░░░░░░░░. Since information often differs among your three bureau reports, your PLUS
Scores based on those reports will also vary.

**Your PLUS Score is: 592 on a scale of 330 – 830.**

**Your Credit Category is:**

| **Very Poor** | Poor | **Fair** | **Good** | **Excellent** |

**Percentile: Your credit rating ranks higher than 20.03% of U.S. consumers.**

### PLUS Score Analysis

**What your PLUS Score means:**

Your credit factors indicate that your credit may be viewed as poor by lenders. You may find that you can
still obtain a car loan or a line of credit with a poor credit rating; however your interest rates and loan
terms may be high. You may also find that the approval process will be lengthier and more involved, as
other factors outside of your credit history will hold high importance. Creditors may consider you a
potential credit risk and require a large down payment.

**What this means to you:**

Credit scoring can help you understand your overall credit rating and help companies better understand
how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in
human error and bias, consistency, and better terms and rates for American consumers through reduced
costs and losses for lenders. While lenders may use different scoring models to determine how you score,
and each major credit bureau has its own method for calculating credit scores, the scoring models have
been fairly well standardized so that a score at one bureau is roughly equivalent to the same score at
another.

**What factors raise your PLUS Score:**

● You do not apply for a lot of new accounts. Having a lot of inquiries on your credit report worries
lenders, because it is a sign that you may use credit and loans to supplement your income, and might be
spending beyond your means.

● Credit Cards allow you to both spend money and decrease debt; unlike mortgages or installment loans
where you only decrease debt. Lenders like to see multiple credit cards on your credit report, because
they are able to use them to better determine your ability to manage your spending.

● You do not have any Public Records (i.e. bankruptcies, tax liens, and court judgments) on your credit
report. Lenders see these issues as major barriers to extending additional credit.

**What factors lower your PLUS Score:**

● Missing payments is the most damaging thing you can do to your credit. The purpose of a credit score
is to help lenders predict whether or not you will miss payments in the future, so even a single missed
payment can significantly lower your score.

● While a short credit history does not mean that you have been irresponsible with your credit, it does
make it more difficult for lenders to be confident in your ability to make future payments because you
have not stood the test of time.

● You have spent more than half of the credit that has been extended to you, and lenders see this as a
sign of irresponsible credit behavior. Ideally, you would pay off your balances every month or at least
keep your credit-to-debt ratio under 15%.

https://www.creditchecktotal.com/Member/ReportView.as

- Lenders understand that it is much easier to manage a small amount of credit vs. a large amount of credit. Your relatively low credit limits signal to lenders that you have not had experience managing large amounts of credit, which makes them worried about extending more credit to you.

## PLUS Score from TransUnion

This PLUS Score is based on information from your ░░░░░░░░ credit report.
Calculated on the PLUS Score model, your Experian Credit Score indicates your relative credit risk level for educational purposes and is not the score used by lenders. ░░░░░░░. Since information often differs among your three bureau reports, your PLUS Scores based on those reports will also vary.

**Your PLUS Score is: 685** on a scale of 330 – 830.

**Your Credit Category is:**

| Very Poor | Poor | Fair | Good | Excellent |

**Percentile: Your credit rating ranks higher than 36.82% of U.S. consumers.**

### PLUS Score Analysis

#### What your PLUS Score means:

Your credit factors indicate that you will likely be seen as having average credit. Lenders may want to review potential trouble areas in your credit history and may require additional documentation before approving a loan. Offers, such as auto loans, may have higher interest rates and may require a higher initial down payment.

#### What this means to you:

Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. While lenders may use different scoring models to determine how you score, and each major credit bureau has its own method for calculating credit scores, the scoring models have been fairly well standardized so that a score at one bureau is roughly equivalent to the same score at another.

#### What factors raise your PLUS Score:

- You have done a great job at making all of your payments on time. The purpose of a credit score is to help lenders predict whether or not you will miss payments in the future, so keeping your record clean is a very positive factor.

- Credit Cards allow you to both spend money and decrease debt, unlike mortgages or installment loans where you only decrease debt. Lenders like to see multiple credit cards on your credit report, because they are able to use them to better determine your ability to manage your spending.

- You do not have any Public Records (i.e. bankruptcies, tax liens, and court judgments) on your credit report, which are a clear signal of major barriers to extending additional credit.

#### What factors lower your PLUS Score:

- While a short credit history does not mean that you have been irresponsible with your credit, it does make it more difficult for lenders to be confident in your ability to make future payments because you have not stood the test of time.

- You have spent more than half of the credit that has been extended to you, and lenders see this as a sign of irresponsible credit behavior. Ideally, you would pay off your balances every month or at least keep your credit-to-debt ratio under 15%.

credit and

• Lenders
credit. Your relationship
amounts of credit, which makes them worried about extending more credit to you.

# EXHIBIT I

**Case No.: 0:13-cv-60066-CIV-COHN-SELTZER**

Regions

CONSUMER LOAN DEPARTMENT                                                    **July 2, 2012**
TELEBANKING CENTER / RCN - 5
P.O.BOX # 11007
BIRMINGHAM, AL 35288
(205)560-5656

00000593 01 MB 0.404 001
INETIANBOR, ABRAHAM
4271 5TH ST NW #247
PLANTATION FL 33317-2166

**RE: Right to Request Specific Reasons for Credit Denial**

**Description of Action Taken:**

Thank you for your recent credit application. After carefully reviewing your application, we regret that we are unable to approve your application at this time. If you would like a Statement of Specific Reason(s) why your application was denied, please contact us at the address shown above within 60 days of the date of this letter.

**Disclosure of Use of Information Obtained From an Outside Source:**

As part of our credit evaluation process, we always request a consumer report from a consumer reporting agency. The agency that we used in processing your application was:

**Equifax Information Services LLC**
**P.O. Box #740241**
**1550 Peachtree Street, Mail Drop H-13**
**Atlanta, GA 30374-0241**
**800-685-1111**
www.equifax.com/fcra

The consumer reporting agency listed above did not make the credit decision, and cannot tell you the reason(s) we denied your credit request. If the reason(s) for our denial of your request are based on information contained in the consumer report we obtained, you have a right under the Fair Credit Reporting Act to know the information contained in your credit file and a right to a free copy of your report from the consumer reporting agency. You can obtain your free copy of your report by writing to the reporting agency within 60 days after receiving this denial notice. You also have a right to dispute the accuracy or completeness of the credit report directly with the reporting agency.

X4HK6 – RCAL 20122990733450



We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

**Your Credit Score: 606**

**Date credit score created:  June 25, 2012**

**Scores range from a low of 300 to a high of 850**

Key Factors that adversely affected your credit score:

**SERIOUS DELINQUENCY**
**DELINQUENCY DATE TOO RECENT (OR UNKNOWN)**

If you have any questions regarding your credit score, you should contact Equifax Information Services LLC at the address listed above. It has been our experience that persons who do not meet our requirements at one time may qualify later. If you have any additional information which might assist us in re-evaluating your credit worthiness, we would be happy to review your application.

Thank you for applying.

Regions Bank

**Notice:**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistant program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Reserve Consumer Help Center at P.O. Box 1200 Minneapolis, MN 55480.

X4HK6 – RCAL 20122990733450



October 28, 2012

CHASE BANK USA, N.A
PO Box 15077
Wilmington DE 19886-5077

CA218

| Reference Number |
| --- |
| 121027532382 |

15704 AAL 001 001 30212 - NNNNNNNNNN
ABRAHAM INETIANBOR
4271 NW 5TH STREET
#247
PLANTATION FL 33317-2166

Dear ABRAHAM INETIANBOR:

Thank you for your interest in our CHASE FREEDOM Visa Platinum credit card. Your application was given thoughtful consideration by CHASE BANK USA, NA. After reviewing the information provided in your application and your credit report, we are unable to approve your request at this time. As a result, the balance transfer you requested on your application will not be processed. Our decision was based on the following specific reason(s):

- Your credit report reflects a judgments or a delinquent account(s)
- Time since delinquency is too recent or unknown
- Too many recent credit inquiries

In evaluating your application, the consumer reporting agency below provided us with information that in whole or in part influenced our decision. Please note that the reporting agency did not make the decision and is unable to provide the specific reasons for our decision. Details about your right to know the information in your credit report are provided at the end of this letter.

EQUIFAX
P O BOX 740241
ATLANTA GA 30374-0241
(800) 685-1111
HTTP://WWW.EQUIFAX.COM/FCRA

**Information about your credit score**

We also used your credit score in making our decision. Your credit score is a number that reflects information in your credit report, such as whether you pay your bills on time and how much you owe to creditors. As this information about you changes, your credit score also changes.

Scoring system name:  FICO® Score
Source:        Equifax
Date calculated:    10/27/2012
Your credit score:     622
Scores calculated using this source can range from a low of 300 to a high of 850 (higher scores are better)

Please see the end of this letter on reverse for important information



15704 AAL 001 001 30212 – NNNNNNNNNNNNN

If corrections are made to your credit report, we will be happy to evaluate another credit application for you in the future. At that time, we will conduct a new review of your application and credit report.

Please contact us at the return address shown on the front page of this letter if you have any additional questions regarding the information in this letter.

Sincerely,

Lending Services

**FAIR CREDIT REPORTING ACT NOTICE**

Under the Fair Credit Reporting Act, you have the right to know the information contained in your credit file. You have the right to a free copy of your credit report from this agency if you request the report no later than 60 days after you receive this notice. If you find that any information contained in the report is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits from discriminating against credit applicants on this basis of race, color, religion, national origin, sex, marital status, age (provide that the applicant has the capacity to enter into a binding contract); because all or part of the applicants income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliances with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20006.

# EXHIBIT J

**Case No.: 0:13-cv-60066-CIV-COHN-SELTZER**

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE ®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

EI 056039679 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

FROM: (PLEASE PRINT) PHONE 347 515 1095
ABRAHAM INETIANBOR
4271 NW 5TH STREET
UNIT 247
PLANTATION, FL 33317

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

**DELIVERY (POSTAL USE ONLY)**

TO: (PLEASE PRINT) PHONE (877) 474-8273
RICHARD F. SMITH
CEO EQUIFAX INC
1550 PEACHTREE ST. NW
ATLANTA, GA 30309
ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
3 0 3 0 9 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

---

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE ®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

EI 007591801 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

FROM: (PLEASE PRINT) PHONE 347 515 1095
ABRAHAM INETIANBOR
4271 NW 5TH STREET
UNIT 247
PLANTATION, FL 33317

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

**DELIVERY (POSTAL USE ONLY)**

TO: (PLEASE PRINT) PHONE 888 397 3742
CHRIS CALLERO
PRESIDENT & COO EXPERIAN PLC
475 ANTON BLVD
COSTA MESA, CA 92626-7037
ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
9 2 6 2 6 + 7 0 3 7

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

# EXHIBIT K

**Case No.: 0:13-cv-60066-CIV-COHN-SELTZER**

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ □ Agent / □ Addressee <br> B. Received by ( *Printed Name*)   C. Date of Delivery  03/14 |
| 1. Article Addressed to: <br><br> CASH CALL / WESTERNSKY <br> P.O. BOX 370 <br> TIMBER LAKE <br> SOUTH DAKOTA 57656 | D. Is delivery address different from item 1?  □ Yes <br> If YES, enter delivery address below:  □ No <br><br> 3. Service Type <br> □ Certified Mail   □ Express Mail <br> □ Registered   □ Return Receipt for Merchandise <br> □ Insured Mail   □ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*   □ Yes |
| 2. Article Number <br> *(Transfer from service label)*   7012 0470 0000 8882 1992 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

05/08/2013 FRI 11:23   FAX 605 964 6603 CRST JUDGES CHAMBERS                              ☑002/004



**Cheyenne River Sioux Tribal Court**
**Cheyenne River Sioux Tribe**
**Judges Chambers**

P. O. Box 120
Phone: 605-964-6602          Eagle Butte, South Dakota 57625          Fax: 605-964-6603

March 8, 2013

Abraham Inetianbor
4271 NW 5th Street, #247
Plantation, FL 33317          Re:     Case #0:13-cv-60066-CIV-COHN-
                                           SELTZER

Dear Mr. Inetianbor:

In response to your request, this is to inform you the Cheyenne River Sioux Tribe, the governing
authority does not authorize Arbitration as defined by the American Arbitration Association
(AAA) here on the Cheyenne River Sioux Reservation located in Eagle Butte, SD 57625.

The Cheyenne River Sioux Tribe authorized a Mediation program in 1993 and it is in operation
under the supervision of the CRST Tribal Court system.

Sincerely,

Mona R. Demery
Mediator/Magistrate
Cheyenne River Sioux Tribe

Cc:     Chief Judge Brenda Claymore