```
FILED by  Ipl  D.C.
MAY 21 2013
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:13-cv-60066-CIV-COHN-SELTZER

ABRAHAM INETIANBOR,

       **Plaintiff,**

vs.

CASH CALL, INC.,

       **Defendant.**

_____/

## PLAINTIFF'S MOTION TO RECONSIDER AND REPORT REGARDING THE STATUS OF THE CASE

1. On May 17, 2013 the Court issued an Order Compelling Arbitration ("Order") [Doc # 59]. Plaintiff in good faith effort and as ordered by the Court submitted his counter claim to the pending *arbitration* that was initiated by Cash Call. However, overwhelming evidence shows that plaintiff may not achieve justice through this arbitration process being that the selected arbitrator has relationships with the defendant and as such may not be fair to plaintiff. In support, plaintiff shows the following:

2. Shannon Marie Chasing Hawk (Shannon) is the daughter of Mr. Robert Chasing Hawk (Mr. Chasing Hawk). Mr. Chasing Hawk is the arbitrator that was privately selected (*not through the tribe*) to act as the arbitrator in this case. In his letter dated May 1st and signed May 3rd, 2013, Mr. Chasing Hawk specifically stated that he "*has no preexisting relationship with either party in this case.*" See letter attached hereon as **Exhibit A**.

1

3.  Mr. Chasing Hawk's daughter, Shannon, has direct ties with the defendant. She has direct ties with Lakota Cash, LLC; Payday Financial, LLC; and Western Sky Financial, LLC; all of which are part of Cash Call, Inc. and Western Sky Financial is the supposed lender. Shannon is so proud to share her place of employment with the world that she posted it on Facebook just like most employees. See **Exhibit B**.

4.  Mr. Chasing Hawk is also a *friend* of her daughter Shannon on Facebook, where he is also listed as her father. Plaintiff also has a video recording of how all these public information on **Exhibit B** was obtained just in case any changes were later made to favor the defendant as they have always done with their loan agreements. Pictures were taken; print screens were made; time and date as well as the weather condition at the time of the video were all well documented to show accuracy as of up to May 20th, 2013.

5.  Plaintiff was not a party to any arbitration process involving Mr. Chasing Hawk from the start as claimed by the defendant in Doc #57. Plaintiff submitted his answer and counterclaim in accordance with the Court's order. The court was made to believe otherwise in my absence, and plaintiff did not have the opportunity to respond with supporting evidence. Defendant submitted an email exhibit, but did not include plaintiff's reply to that same email. Reply to the defendant's email notifying plaintiff of the arbitrator now attached hereon as **Exhibit C**.

6.  Last year, District Court Judge Charles P. Kocoras dismissed a case involving the defendant for the exact same *arbitration* reason being paraded by the defendant. *See* Jackson et al v. Payday Financial, LLC et al – Doc #65 of the original proceedings. The decision was appealed. *Also notice* that the members of the class in this proceeding took the same loan amount, and electronically accepted the same loan agreement that plaintiff has with Cash Call.

7. The Federal Trade Commission and the Attorney General are now stepping in to help. *See* case pending before the 7th Circuit Court of Appeals in Illinois. DEBORAH JACKSON, ET AL v. PAYDAY FINANCIAL, LLC, ET AL, DOCKET PROCEEDINGS (46); just over a week ago, on 05/10/2013 orders issued inviting the *Illinois Attorney General* and the *Federal Trade Commission* to file briefs as amicus curiae (*see orders for further details*). Payday Financial, LLC is also a subsidiary of Cash Call/Western Sky Financial.

8. There are thousands of cases against the defendant and it is obvious that no one has been, and not even plaintiff will be successful in obtaining a fair arbitration process with the defendant at the Tribe. According to a person of authority who asked not to be mentioned; "*participate in arbitration with them (Cash Call) at your own risk. Some members can be bought, but our Tribe is not for sale.*" Plaintiff hereby gives *notice* to the court that he will file a separate motion to reopen case and hopes the court reconsider.

WHEREFORE, Plaintiff RESPECTFULLY prays the Court to reconsider and DENY the defendant's renewed motion to compel arbitration and all other relief deem proper by the Court.

**RESPECTFULLY Submitted,**

Date: **MAY 21, 2013**

By: _____

Abraham Inetianbor
4271 NW 5th Street, # 247
Plantation, FL 33317
(954) 616 8291
[ *Plaintiff* ]

# **VERIFICATION**

State of Florida    )
                    ) ss.:
County of Broward )

Abraham Inetianbor, being duly sworn, deposes and says: I am the Plaintiff *pro se* in this proceeding. I have read the foregoing and know the contents to be true from my own knowledge, except as to those matters stated on information and belief, and as to those matters I believe them to be true.

Date: **May 21, 2013**

By: _____

**Abraham Inetianbor**
**4271 NW 5th Street, # 247**
**Plantation, FL 33317**
**(954) 616 8291**
            [ *pro se* **Defendant** ]

Sworn to before me this 21st day of May, 20 13

JUDITH CAVANAGH
Notary Public, State of Florida
Commission# EE 195548
My comm. expires May 3, 2016

_____
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed via the clerk office and served as indicated below on MAY 21, 2013 on all counsel or parties of record on the following Service List.

Abraham Inetianbor

## SERVICE LIST

**Abraham Inetianbor** *(pro se plaintiff)*
4271 NW 5th Street, # 247
Plantation, FL 33317
(954) 616 8291


**Akerman Senterfitt** *(attorney for defendant)*
(by USPS mail)
1 S.E. Third Avenue, Suite 2500
Miami, FL 33131
(305) 374 5600

# EXHIBIT A

Case No.: 0:13-cv-60066-CIV-COHN-SELTZER

Robert Chasing Hawk Sr.
PO Box 808
Eagle Butte, SD 57625
(605) 200-1204
(605) 964-7529 Leave message

May 1, 2013

Abraham Inetianbor
4271 NW 5th Street
#247
Plantation, FL 33317

CashCall, Inc.
1600 Douglass
Anaheim, CA 92086

To Whom It May Concern:

I am Robert Chasing Hawk Sr., a Tribal Elder of the Cheyenne River Sioux Tribal Nation. I have received the Demand for Arbitration from CashCall, Inc. (copy enclosed) and will be serving as the arbitrator for this dispute. I will apply Cheyenne River Sioux Tribal law and I have no preexisting relationship with either party in this case. I write to the parties to schedule a telephonic hearing to address preliminary matters. I am available on May 7th 2013 at 10:00 am MST. If either party is not on that date and time, please contact me to schedule an alternative time. I am also available on May 8th or May 9th of 2013 at 10:00 am MST as alternative dates.

_____        5-3-13
Robert Chasing Hawk Sr.                 Date

# EXHIBIT B

Case No.: 0:13-cv-60066-CIV-COHN-SELTZER





File Edit View History Bookmarks Tools Help
Shannon M. Chasing Hawk
facebook.com
Most Visited
Getting Started
Latest Headlines
facebook
Home
Billy Janis
+1 Add Friend
Sheree Davignon
+1 Add Friend
Christina Moss
+1 Add Friend
Samuel Pearman
+1 Add Friend
Tyler Wray
+1 Add Friend
Taryn Marie Chasing Hawk
Monique Annette
+1 Add Friend
Robert Chasing Hawk
+1 Add Friend
Casey Hunts Along
+1 Add Friend
Tamika Mstmitchnow Mitchell
+1 Add Friend
Marida N. Pretty Weasel
Eman Waleed
Sponsored
See All
Yoga in Your Living Room
Shop Gucci.com
Designer Shoes on Gilt™
Más sobre Giselle y NBL.
Save $100 with Sprint
Sprint
Nicole Perry took a photo with Instagram.
Lady Nelez likes John Jackson's status.
Zach Moncrief
*Tayzbeatz.webs.com*
Low Page uploaded a new video May 19, 2013 10:48pm.
Loopwhole Beats commented on his own status:
Mileena Asiama commented
10:52 PM
5/19/2013

<pre>Case 0:13-cv-60066-JIC   Document 61   Entered on FLSD Docket 05/21/2013   Page 11 of 13</pre>



# EXHIBIT C

Case No.: 0:13-cv-60066-CIV-COHN-SELTZER



Abraham Inetianbor <██████@gmail.com>

## CashCall, Inc. v. Inetianbor: Letter from Tribal Elder Robert Chasing Hawk Sr. [5-1-13]

**Abraham Inetianbor** <██████@gmail.com>  Sat, May 4, 2013 at 10:02 AM
To: christopher.carver@akerman.com
Cc: andrew.shapiro@akerman.com

I received your email and did call Mr. Hawk to ask a few questions but was not reachable. However, I was able to get the answers I needed on my own and unless there is overwhelming evidence proving otherwise; I have chosen not to participate in this arbitration that was initiated by Cash Call, Inc for the following reasons:

1. Cash Call **individually selected Robert Chasing Hawk Sr.** to arbitrate a matter between two parties, which includes Cash Call itself and Abraham Inetianbor.
2. There is therefore **no agreement** as to who will arbitrate the matter being brought forward by Cash Call because I was never contacted as to my input on who will be selected to arbitrate.
3. I am not a member of the Tribe and have **ABSOLUTELY no idea on the laws** of the Cheyenne River Sioux Tribe. And as such have no clue as to what and what not do defend or counter claim.
4. Not being familiar with the **Rules and Procedures** means I MAY end up getting sanctions or Unknowingly offend or disrespect the laws of a Tribe that I hold in HIGH REGARDS.
5. Also, there is no record showing Robert Chasing Hawk as a **licensed attorney** either for the Tribe or otherwise. As far as I am currently aware of, he has not shown his ability to manage legal matters that will be fair and just.
6. There is verifiable evidence of Robert Chasing Hawk having ties to both Martin A. Webb, his Associates and his companies. The claims of **"no preexisting relationship"** as stated in the letter dated May 3, 2013 is therefore incorrect.
7. By agreeing to arbitrate this matter for Cash Call, Mr. Hawk is hereby acknowledging that: (1) the loan originated from the Cheyenne River Sioux Tribe; (2) the loan and its agreement is being governed solely by the Tribal law; (3) and that **Cash Call is a Tribal Corporation** registered with the Cheyenne River Sioux Tribe. Unfortunately, there is no evidence showing any of these.
8. Cash Call makes Billions of Dollars in its illegal lending practices and if Cash Call is still claiming immunity as a result of the items listed above, then they are also indirectly claiming that the Cheyenne River Sioux Tribe is a beneficiary of the lending program and **illegally misrepresenting its finances** to either mislead the Tribal government, its people or its supporters. Unfortunately, there is no evidence showing any of these either.

Until the above mentioned is proven otherwise, I will notify the DOS and DOJ of the new development. Wherefore, a telephonic conference schedule will not be necessary at this time and an arbitration will not be held.

...Abe
-cell

[Quoted text hidden]