UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:13-cv-60066-CIV-COHN-SELTZER

ABRAHAM INETIANBOR,

    **Plaintiff,**
vs.

CASH CALL, INC.,

    **Defendant.**
_____/

# PLAINTIFF'S MOTION TO REOPEN CASE

On May 17, 2013, this court issued an *Order Granting Defendant's Renewed Motion to Compel Arbitration* ("order") [Doc #59]. Plaintiff hereby files this *motion to reopen case* based on new evidence and in support states the following:

1. Pursuant to the FAA, 9 U.S.C. § 3, this case was **STAYED** until the parties file a status report with this Court upon the earliest of either (1) the completion of arbitration, or (2) November 18, 2013, to advise the Court regarding the status of the case.. A status report on this case has been filed with this court by plaintiff with evidence showing that the case cannot be arbitrated due to unconscionable acts by the defendant in its arbitrator selection, and therefore belongs in this court and should continue as such.

2. Plaintiff previously argued that the arbitration provision is unenforceable because it is unconscionable. "The Supreme Court has recognized that 'generally applicable contract defenses, such as fraud, duress, or unconscionability may be applied to invalidate arbitration

1

agreements.'" Jenkins v. First American Cash Advance of Gerogia, LLC, 400 F.3d 868, 875 (11th Cir. 2005) (quoting Doctor's Assocs., Inc. v. Casarotto, 517 U.S. 681, 687 (1996)). Here, Plaintiff contends that the arbitration provision is unconscionable because it allows Cash Call to unilaterally choose the pool of arbitrators.

3. In support, Plaintiff cites to Pokorny v. Quixtar, Inc., 601 F.3d 987, 1002-04 (9th Cir. 2010), in which the court found an arbitration selection process was unconscionable in part because the plaintiff was forced to choose its arbitrator from a list of arbitrators trained by the defendant, or pay a higher arbitration fee. The court in Quixtar was concerned that the use of arbitrators trained by the defendant would give the defendant an unfair advantage. Thus, by charging a higher fee for using arbitrators not affiliated with the defendant, the selection process encouraged the use of biased arbitrators. See id. at 1003.

4. However, this Court said plaintiff has not given the Court any reason to believe that the selection process would lead to a biased arbitrator; "Unlike in Quixtar, there is no evidence that the tribal arbitrators were trained by *or have any other connection with CashCall.*" To further support its point, the Court quoted the *letter* from Mr. Chasing Hawk, which specifically states that he *"has no preexisting relationship with either party in this case."* DE 57-1 at 2. Hence, the Court finds that the arbitration selection process is *not* unconscionable and compelled arbitration in accordance with the loan agreement.

5. Now there is evidence showing that Mr. Chasing Hawk has ties with the defendant because his daughter, Shannon works for the supposed lender and creator of the loan agreement (Western

2

Sky Financial) and Mr. Chasing Hawk, through his daughter also has ties with Lakota Cash, LLC and Payday Financial, LLC, which are both subsidiaries of the defendant Cash Call. *See* **Exhibit A** attached. The truth remains that the defendant and Mr. Chasing Hawk both agreed to mislead this court into compelling arbitration that is legally in non-existence for this case. Plaintiff can only imagine what set of deceit the defendant has planned next.

This unconscionable act is a valid reason for the Court to consider the arbitration agreement invalid; reconsider and reopen this case. Reopening the case, and leaving it where it rightfully belongs (*here in this court*) is the only way plaintiff can pursue and obtain justice, and recover damages sought.

**WHEREFORE**, Plaintiff RESPECTFULLY requests that the Court issue an Order Granting *Plaintiff's Motion to reopen Case*.

**RESPECTFULLY Submitted,**

Date: **May 21, 2013**

By: _____

**Abraham Inetianbor**
**4271 NW 5th Street, # 247**
**Plantation, FL 33317**
**(954) 616 8291**
**[ *Plaintiff* ]**

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed via the clerk office and served as indicated below on May 21, 2013 on all counsel or parties of record on the following Service List.

_____

Abraham Inetianbor

## SERVICE LIST

**Abraham Inetianbor** *(pro se plaintiff)*
4271 NW 5th Street, # 247
Plantation, FL 33317
(954) 616 8291


**Akerman Senterfitt** *(attorney for defendant)*
**(by certified mail)**
1 S.E. Third Avenue, Suite 2500
Miami, FL 33131
(305) 374 5600

# EXHIBIT A

Case No.: 0:13-cv-60066-CIV-COHN-SELTZER

File Edit View History Bookmarks Tools Help
(102) Shannon M. Chasing Hawk
facebook.com
Most Visited
Getting Started
Latest Headlines
facebook
Abraham Inetianbor
Home
Billy Janis
+1 Add Friend
Sheree Davignon
+1 Add Friend
Christina Moss
+1 Add Friend
Samuel Pearman
+1 Add Friend
Tyler Wray
+1 Add Friend
Taryn Marie Chasing Hawk
Monique Annette
+1 Add Friend
Robert Chasing Hawk
+1 Add Friend
Casey Hunts Along
+1 Add Friend
Tamika Mstmitchnow Mitchell
+1 Add Friend
Marida N. Pretty Weasel
Eman Waleed
Sponsored
See All
Yoga in Your Living Room
Find your center wherever you are with online YogaGlo classes. Join our 15-day free trial!
Shop Gucci.com
In the perfect shade of blue. Gucci's leather accessories add instant appeal to any look.
Designer Shoes on Gilt™
Get in Style for Spring! Shop Gilt & Save up to 60%
Más sobre Giselle y NBL.
Lo que siempre quisiste saber de Giselle Blondet y NBL lo encuentras aquí.
Like
Save $100 with Sprint
FREE Samsung GS III after rebate. Switch your number. New lines only. Restrictions apply.
Sprint
Nicole Perry took a photo with Instagram.
Lady Nelez likes John Jackson's status.
Zach Moncrief
out
*Tayzbeatz.webs.com*
**PROMO PROMO PROMO**
Need that heavy promo? Online presence? Increase/build a f...
Low Page uploaded a new video May 19, 2013 10:48pm.
Loopwhole Beats commented on his own status: "probably brooklyn phono"
Mileena Asiama commented
10:52 PM
5/19/2013


