FILED BY ___ D.C.

JUN 05 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

Case No.: 0:13-cv-60066-CIV-COHN-SELTZER

ABRAHAM INETIANBOR,

    **Plaintiff,**

vs.

CASH CALL, INC.,

    **Defendant.**

_____/

## NOTICE TO CEASE AND DESIST

Plaintiff, Abraham Inetianbor hereby gives this notice to Cease and Desist (*Notice*) to the defendant Cash Call, Inc.

Defendant requested plaintiff's email address to email plaintiff a settlement offer for the above case. Upon rejection of what plaintiff considered a *meaningless* settlement offer, defendant continued to use plaintiff's personal email address on court fillings without permission.

Plaintiff requested that defendant cease using his email address on fillings; and also notified the defendant in writing on May 2nd, 2013. Defendant acknowledged receipt and promised to desist. See **Exhibit A** attached. On May 9th, 2013 while plaintiff was out of town, defendant once again submitted Doc #57-3 that contains plaintiff's email address.

On June 4th, 2013 plaintiff filed a notice of address change in the above action and defendant immediately copied Mr. Chasing Hawk without my consent. If I wanted Mr. Chasing Hawk to have my new address, I will notify him myself. Defendant can't be sending my personal information to whomever they choose, especially not someone whose sibling has recently been arrested for fraud and larceny.

As stated on the attached *exhibit*, defendant is allowed to email plaintiff, but not to use his personal email address on fillings. Plaintiff intends to reduce the amount of unsolicited email messages received and defendant will have to comply with this final notice.

All future pleadings, memoranda, correspondence, orders, etc., shall be sent to the address listed below.

**RESPECTFULLY Submitted,**

Date: **June 5, 2013**

By: _____

**Abraham Inetianbor**
**161 NE 38th Street, #52**
**Oakland Park, FL 33334**
**(954) 616 8291**
  [ *Plaintiff* ]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed via the clerk office and served as indicated below on June 5, 2013 on all counsel or parties of record on the following Service List.

_____

Abraham Inetianbor

## SERVICE LIST

**Abraham Inetianbor** *(pro se plaintiff)*
161 NE 38th Street, #52
Oakland Park, FL 33334
(954) 616 8291


**Akerman Senterfitt** *(attorney for defendant)*
(by USPS mail)
1 S.E. Third Avenue, Suite 2500
Miami, FL 33131
(305) 374 5600

# EXHIBIT A

Case No.: 0:13-cv-60066-CIV-COHN-SELTZER



Abraham Inetianbor <████████@gmail.com>

# EMAIL ADDRESS
2 messages

---

**Abraham Inetianbor** <████████@gmail.com>　　　　　　　　　　Thu, May 2, 2013 at 4:38 PM
To: andrew.shapiro@akerman.com

ATT: Akerman Senterfitt,

I was unaware of the thousands of people that follow court cases until recently when I started receiving mails and calls of emotional support from total strangers; including victims, agencies, attorneys, and other individuals. I totally appreciate the emotional support, but at the same time would prefer to keep my family and unnecessary personal information as safe as possible. I feel like the whole world now knows where I live and I stopped opening mails from strangers in front of my daughter because I don't know who is the enemy if any.

As you already know I am the most inexperienced person in this case and as such has provided too many personal information either through exhibits or otherwise to the court filings, but I have now learned to *redact* unnecessary personal information moving forward after it was brought to my attention last week by one of Cash Call's victims. So I'd appreciate if you guys DON'T USE my **email address** on pleadings. You can email me directly but I'd rather not have it on court fillings because I don't wanna be receiving a hundred emails a week from total strangers.

Everyone seem to have a question for me when I'm not an attorney. My free times are very limited and used wisely. I've got a lovely family including my precious daughter to worry about and care for. I plan on changing our home phone number after this case is over to avoid getting calls at all hours of the day. Thanks for your cooperation in this matter.

Sincerely,

Abraham Inetianbor

---

**andrew.shapiro@akerman.com** <andrew.shapiro@akerman.com>　　　　Thu, May 2, 2013 at 4:55 PM
To: ████████@gmail.com
Cc: christopher.carver@akerman.com, cary.gonzalez@akerman.com

Mr. Inetianbor,

We will stop using your e-mail address on our filings, but continue to e-mail them to you.

Regards,

Andrew Shapiro
[Quoted text hidden]
[Quoted text hidden]
V Card | Bio | akerman.com



**Akerman Senterfitt • Akerman Senterfitt LLP • Attorneys at Law**
BOCA RATON  DALLAS  DENVER  FORT LAUDERDALE  JACKSONVILLE  LAS VEGAS  LOS ANGELES  MADISON  MIAMI
NAPLES  NEW YORK  ORLANDO  PALM BEACH  SALT LAKE CITY  TALLAHASSEE  TAMPA  TYSONS CORNER
WASHINGTON, D.C.  WEST PALM BEACH
akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.