UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-60066-CIV-COHN/SELTZER

ABRAHAM INETIANBOR, )
)
    **Plaintiff,** )
)
v. )
)
CASHCALL, INC., )
)
    **Defendant.** )
_____ )

## PLAINTIFF'S NOTICE OF FILING

Plaintiff, Abraham Inetianbor, through counsel, pursuant to Local Rule 5.1(d), hereby files with the Court a copy of the amended claim he submitted in the purported arbitration in this matter on July 3, 2013, the exhibits to that amended claim, and the transcript from his preliminary hearing in the arbitration which occurred on June 21, 2013. Plaintiff shows that these documents are being offered in support of "Plaintiff's Renewed Motion for Court to Reconsider Its Order Requiring Arbitration," filed herewith.

The attached exhibits are as follows:

1. Cover email correspondence to Mr. Chasing Hawk dated July 3, 2013
2. Amended Arbitration Demand dated July 3, 2013
3. Amended Demand Ex. 1 -- Mr. Inetianbor's Western Sky loan agreement
4. Amended Demand Ex. 2 -- New Hampshire Order
5. Amended Demand Ex. 3 -- Summary of State Orders and Investigations
6. Amended Demand Ex. 4 -- Western Sky South Dakota corporate filings
7. Amended Demand Ex. 5 -- CashCall California corporate information
8. Amended Demand Ex. 6 -- Evidence that arbitrator's daughter works for Western Sky
9. Amended Demand Ex. 7 -- Evidence that arbitrator's letter was ghostwritten
10. Amended Demand Ex. 8 -- Evidence that Tawny Lawrence is employed by Martin Webb
11. Amended Demand Ex. 9 -- Selected news reports
12. Amended Demand Ex. 10 -- List of businesses on reservation
13. Amended Demand Ex. 11 -- Florida laws
14. Amended Demand Ex. 12 -- Colorado Order
15. Amended Demand Ex. 13 -- Illinois Order

1

16. Amended Demand Ex. 14 -- Maryland Order
17. Amended Demand Ex. 15 -- Massachusetts Order
18. Amended Demand Ex. 16 -- Florida Attorney General Opinion
19. Amended Demand Ex. 17 -- Oregon Order
20. Amended Demand Ex. 18 -- Washington State Order
21. Amended Demand Ex. 19 -- Excerpts from 1978 Tribal Code
22. Transcript of preliminary hearing

Respectfully submitted, this the 16th day of July, 2013.

        s/Cathy Williams
        Cathy Williams (licensed in NC and Florida)
        WALLACE & GRAHAM, P.A.
        525 N. Main St.
        Salisbury, NC 28144
        704-633-5244 Telephone
        cwilliams@wallacegraham.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2013, I served the foregoing document on all counsel of record, by ECF filing, email and/or regular mail, as follows:

>Christopher Stephen Carver, Esq.
>Andrew Mikel Shapiro, Esq.
>Akerman Senterfitt
>One Southeast Third Avenue
>25th Floor
>Miami, FL 33131
>christopher.carver@akerman.com
>andrew.shapiro@akerman.com

This the 16th day of July, 2013.

>s/Cathy Williams
>Cathy Williams (licensed in NC and Florida)
>WALLACE & GRAHAM, P.A.
>525 N. Main St.
>Salisbury, NC 28144
>704-633-5244 Telephone
>cwilliams@wallacegraham.com