UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-60066-cv-Cohn/Seltzer

ABRAHAM INETIANBOR,

    Plaintiff,

v.

CASHCALL, INC.,

    Defendants.

_____/

## NOTICE OF APPEAL

Notice is given that Defendant, CASHCALL, INC., pursuant to 9 U.S.C. § 16, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from (**1**) the Order of this Court entered August 19, 2013 [Doc. 90], which granted Plaintiff's, ABRAHAM INETIANBOR, Renewed Motion for Court to Reconsider Its Order Requiring Arbitration, vacated the Order Compelling Arbitration, lifted the stay that was in place, and ordered the Clerk of Court to reopen the case; and (**2**) the Order of this Court entered April 1, 2013 [Doc. 45], which granted Plaintiff's Motion to Reopen the case, and lifted the stay that was in place.

{26936165;1}

DATED this 22nd day of August, 2013.

           Respectfully Submitted,

           **AKERMAN SENTERFITT**
           1 S.E. Third Avenue – Suite 2500
           Miami, FL 33131
           Tel. 305-374-5600
           Fax. 305-374-5095

By:   s/ Stacy J. Rodriguez
     CHRISTOPHER S. CARVER, ESQ.
     Florida Bar No. 993580
     christopher.carver@akerman.com
     STACY J. RODRIGUEZ, ESQ.
     Florida Bar No. 44109
     stacy.rodriguez@akerman.com

*Counsel for Defendant CashCall, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2013, a true and correct copy of the foregoing was electronically uploaded and filed with the Court through the CM/ECF system, which will send a notice of electronic filing to counsel of record who have entered an appearance.

                                                             */s/* Stacy J. Rodriguez
                                                             Stacy J. Rodriguez, Esq.