# EXHIBIT 6

Sent:    01/08/2011 07:20:29 PM
Subject: Notice of Loan Transfer
Sent To: ~~rootdoctorabe@gmail.com~~
From:    do.not.reply@westernsky.com

===============================================================

NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING RIGHTS

This e-mail concerns the personal loan that you recently obtained from Western Sky Financial. Please be advised that your loan has been sold to WS Funding, LLC. This letter is your official notice of the loan sale and the transfer of loan servicing. Effective today, your loan is now owned by WS Funding, LLC and will be serviced by a company called CashCall.

The outstanding principal balance of your debt as of this date is $2,600.00. Unless you dispute the validity of the debt, or any portion thereof, within thirty days after receipt of the notice, CashCall will assume the debt to be valid. If you notify CashCall in writing within the thirty-day period that this debt, or any portion of it, is disputed, CashCall will obtain verification of the debt and will mail it to you. We will also provide you with the address of Western Sky if you so request.

Going forward, CashCall will handle the servicing of your loan, which means collecting your payments and handling related issues. We wish to assure you that the terms and conditions of your Promissory Note and Disclosure Statement will not change in any way, except for the fact that you will now be making all of your payments, including your first payment, to CashCall. As stated in your loan documents, your first payment of $263.25 will be due on February 01, 2011. Western Sky will not accept payments from you beginning 1/8/2011.

CashCall is committed to courteous and responsive service, accurate and timely handling of your payments and simple and direct answers to your questions. For prompt response to all of your inquiries, please remember to reference your account number 5179133.

To ask about this statement or general up-to-the-minute account information, please call 1-877-525-2274. Our hours of operation are 8 a.m. to 9 p.m. Pacific time Monday through Friday; 8 a.m. to 5 p.m. Pacific time Saturday and Sunday. Or write to us at:

General Customer Service Inquiries:
CashCall, Inc.
1600 S Douglass Rd
Anaheim, CA 92806
info@cashcall.com


Payments:
Attn: Payment Processing
CashCall, Inc.
P.O. Box 66007
Anaheim, CA 92816