# EXHIBIT 10

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 13-60066-CIV-COHN-SELTZER

| | |
|---|---|
| **ABRAHAM INETIANBOR** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **CASHCALL, INC. and JOHN PAUL REDDAM,** | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF ABRAHAM INETIANBOR IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

I, Abraham Inetianbor, under penalty of perjury according to 28 U.S.C. § 746, do hereby declare as follows:

1. My name is Abraham Inetianbor. I am over the age of eighteen (18). I have personal knowledge of the facts stated herein, and am fully competent to make the statements set forth below.

2. I am the named Plaintiff in this action. I respectfully submit this declaration in connection with the Plaintiff's motion for certification of this case as a class action.

3. I brought my lawsuit originally without assistance of counsel on behalf of myself. After months of litigating on my own, I found attorneys to help me. We have worked hard on this case, and more recently we have amended our lawsuit so that in addition to the claims that it alleges just for me alone, it also alleges some claims on behalf of other Florida residents who borrowed money from CashCall's "Western Sky" lending enterprise. Under Florida law, we claim that these loans are unlawful.

4. My lawsuit describes how prior to terminating the "Western Sky" loan enterprise in Florida, CashCall and its owner, Reddam, controlled an enterprise to make and collect on unlawful loans and to avoid liability for doing so. CashCall and Reddam earned millions of dollars from this enterprise.

5. My lawsuit seeks to recover the amounts collected by CashCall and for damages, attorneys' fees, and such other relief as allowed by law. I also seek declaratory and injunctive relief including a declaration that the loans are void, for refunds, and for correction of all affected credit reports of class members. I would like all of the affected borrowers in Florida who the Court allows to be in a class, to have their day in Court through my lawsuit.

6. Since the time I found counsel to help me, I have consulted with my lawyers and reviewed the pleadings filed in this action by them. The information set out in those pleadings relating to my facts reflected my best recollection at the time of the filing.

7. I understand that, by bringing this case in part as a class action, I have a duty to the other proposed members of the class of borrowers in Florida to act in the best interests of the entire class in monitoring the case, conferring with my lawyers, and participating in important decisions in the case.

8. I believe that I have a basic understanding of the case, and I will represent the best interests of all of the proposed class members in my activities as the named Plaintiff.

9. My lawyers have agreed to proceed with this case on a contingent fee basis. This means that they will not charge a fee unless we win or settle the case. My lawyers intend to ask this forum to award a fee if benefits for myself or for the class are obtained through or as a result of this case.

10. I have met or spoken with my attorneys including Janet Varnell, Mona Lisa Wallace and John Hughes on a number of occasions and I believe that the attorneys representing me are well qualified to handle this case.

11. I have participated actively and will continue to participate actively in this case. I will work with my attorneys on discovery responses and to produce documents, I will appear for my deposition, and I am ready to continue to contribute on major decisions about this case.

12. As the Court is aware, I have submitted affidavits and declarations to the Court before during this case to try to provide information for the Court. I will continue to stand ready to provide information and testimony that may assist the Court.

I declare under the penalty of perjury that the foregoing is true and correct.

**EXECUTED** this  28th  day of January, 2016 in Broward County, Florida.

_____
Abraham Inetianbor