UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-60066-CIV-COHN-SELTZER

ABRAHAM INETIANBOR, JOHNNY
FRETWELL, LAUREN BROWN, THOMAS
PETERSON, VIRGINIA FRY, AND NELS
PATE, JR., on behalf of himself and a class of
persons similarly situated,

    Plaintiffs,

vs.

CASHCALL, INC. and JOHN PAUL
REDDAM,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT AND FOR APPROVAL OF A PROPOSED PLAN OF CLASS NOTICE

    Plaintiffs, Johnny Fretwell, Lauren Brown, Thomas Peterson, Virginia Fry and Nels Pate, Jr., through undersigned counsel, and without opposition from Defendants CashCall, Inc. and John Paul Reddam, pursuant to Fed. R. Civ. P. 23, hereby respectfully file this motion for the preliminary approval of the proposed class action settlement and for approval of a proposed plan of class notice.

    In support of the unopposed motion, Plaintiffs submit herewith their brief in support and exhibits in support.

    Wherefore, the Plaintiffs respectfully request that the Court enter an order in the form substantially identical to the proposed order of preliminary approval filed herewith, and providing as follows:

1

1. For the Court to preliminarily approve the parties' Stipulation and Agreement of Settlement, attached hereto as Exhibit 1;

2. For the Court to approve the proposed plan of class notice;

3. For the Court to set forth a date for the Final Fairness Hearing in this matter; and

4. For such other and further relief as this Court may deem appropriate.

Dated:  December 23, 2016        **VARNELL AND WARWICK, P.A.**

By:____/s/ Janet Varnell_____
JANET VARNELL, ESQ., FBN:  0071072
janet@varnellandwarwick.com
BRIAN W. WARWICK, ESQ.
bwarwick@varnellandwarwick.com
P.O. Box 1870
Lady Lake, FL
Tel. 352-753-8600
Fax 352-504-3301

**WALLACE AND GRAHAM, P.A.**
MONA LISA WALLACE, ESQ.
mwallace@wallacegraham.com
JOHN S. HUGHES, ESQ.
jhughes@wallacegraham.com
525 North Main Street
Salisbury, North Carolina 28144
Tel. 800-849-5291
Fax 704-633-9434

*Attorneys for Plaintiffs*

**Consented to:**

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Miami, FL 33131
Tel. 305-374-5600
Fax. 305-374-5095

By: /s/ Christopher S. Carver
CHRISTOPHER S. CARVER, ESQ.
Florida Bar No. 993580
christopher.carver@akerman.com
STACY J. RODRIGUEZ, ESQ.
Florida Bar No. 44109
stacy.rodriguez@akerman.com
JONATHAN D. LAMET, ESQ.
Florida Bar No. 106059
jonathan.lamet@akerman.com

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
1440 New York Avenue, NW
Washington, DC 20005
Tel. 202-371-7000
Fax. 202-393-5760

By: /s/ Joseph L. Barloon
JOSEPH L. BARLOON, ESQ.*
joseph.barloon@skadden.com
AUSTIN K. BROWN, ESQ.*
austin.brown@skadden.com
*admitted pro hac vice

*Counsel for Defendants CashCall, Inc. and John Paul Reddam*

## **CERTIFICATE OF SERVICE**

I hereby certify on December 23, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/Janet R. Varnell
Janet R. Varnell
