UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-60066-CIV-COHN-SELTZER

ABRAHAM INETIANBOR, JOHNNY FRETWELL, LAUREN BROWN, THOMAS PETERSON, VIRGINIA FRY, AND NELS PATE, JR., on behalf of himself and a class of persons similarly situated,

    Plaintiffs,

vs.

CASHCALL, INC. and JOHN PAUL REDDAM,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Abraham Inetianbor ("Plaintiff") and Defendants CashCall, Inc. and John Paul Reddam ("Defendants"), jointly stipulate and agree to the dismissal of Plaintiff Abraham Inetianbor's individual claims against Defendants with prejudice, and with each party bearing its own costs and fees.

Respectfully submitted this 3rd day of January, 2017.

| | |
|---|---|
| **AKERMAN LLP** | **VARNELL AND WARWICK, P.A.** |
| Three Brickell City Centre | P.O. Box 1870 |
| 98 Southeast Seventh Street | Lady Lake, FL |
| Miami, FL 33131 | Tel. 352-753-8600 |
| Tel. 305-374-5600 | Fax 352-504-3301 |
| Fax. 305-374-5095 | |
| | By:   /s/ Janet Varnell |
| By:   /s/ Stacy J. Rodriguez | JANET VARNELL, ESQ. |
| CHRISTOPHER S. CARVER, ESQ. | FLORIDA BAR NO. 0071072 |
| Florida Bar No. 993580 | janet@varnellandwarwick.com |
| christopher.carver@akerman.com | BRIAN W. WARWICK, ESQ. |
| STACY J. RODRIGUEZ, ESQ. | bwarwick@varnellandwarwick.com |
| Florida Bar No. 44109 | |
| stacy.rodriguez@akerman.com | |

<div style="columns:2">

JONATHAN D. LAMET, ESQ.
Florida Bar No. 106059
jonathan.lamet@akerman.com

**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
Tel. 202-371-7000
Fax 202-393-5760
JOSEPH L. BARLOON, ESQ.
Admitted *Pro Hac Vice*
joseph.barloon@skadden.com
AUSTIN K. BROWN, ESQ.
Admitted *Pro Hac Vice*
austin.brown@skadden.com
*Counsel for Defendants CashCall, Inc. and John Paul Reddam*

**WALLACE AND GRAHAM, P.A.**
525 North Main Street
Salisbury, North Carolina 28144
Tel. 800-849-5291
Fax 704-633-9434

MONA LISA WALLACE, ESQ.
mwallace@wallacegraham.com
JOHN S. HUGHES, ESQ.
jhughes@wallacegraham.com


*Attorneys for Plaintiffs*

</div>

**CERTIFICATE OF SERVICE**

I hereby certify on January 3, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

<div style="text-align: right;">
s/Janet R. Varnell<br>
Janet R. Varnell
</div>