UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60066-CIV-COHN/SELTZER

ABRAHAM INETIANBOR, JOHNNY
FRETWELL, LAUREN BROWN, THOMAS
PETERSON, VIRGINIA FRY, AND NELS
PATE, JR., on behalf of themselves and a
class of persons similarly situated,

    Plaintiffs,

v.

CASHCALL, INC. and JOHN PAUL
REDDAM,

    Defendants.
_____/

## ORDER DISMISSING INDIVIDUAL CLAIMS OF PLAINTIFF ABRAHAM INETIANBOR

**THIS CAUSE** is before the Court upon the Joint Stipulation of Dismissal with Prejudice [DE 319] ("Stipulation") of Plaintiff Abraham Inetianbor's individual claims in this action. The Court has reviewed the Stipulation and the record in this case, and is otherwise advised in the premises. It is thereupon

**ORDERED AND ADJUDGED** that the Joint Stipulation of Dismissal with Prejudice [DE 319] is **APPROVED**. All individual claims brought by Plaintiff Abraham Inetianbor in this action are **DISMISSED with prejudice**, with each party to bear its own costs and attorneys' fees, except as the parties have otherwise agreed. This Order shall not impact the claims of any other Plaintiff or Class Member.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,


Florida, this 4th day of January, 2017.

                                                    JAMES I. COHN
                                                    United States District Judge

Copies provided to:
Counsel of record via CM/ECF