Mike & Charlene Barnes
19798 SW 85 Loop
Dunnellon, FL 34432

Judge James Cohn
U.S. Federal Court House
Chambers 203F
299 E. Broward Blvd.
Ft. Lauderdale, FL 33301

Your Honor,

I want to thank you for your decision in the Cash Call Class Action Lawsuit. I'm 73 and my wife and I were living on Social Security when we needed $500 dollars to pay some bills. When I called Cash Call they told me I would need to take out a loan for $2,500.

We had trouble paying the $300 per month payment but we did for about 12 to 14 months before falling behind. They reported it to the credit reporting agencies. They agreed to lower my payments for a longer period of time. My wife had to go back to work and it almost cost me a divorce. Thank God she stayed.

We finally after 2 more years got them paid in full. I'm not even sure how much we had to pay them, between $6,000 and $8,000.

I learned a valuable lesson but it cost us dearly. We forgave them and went on down the road.

We both want to thank you very much, may goodness and mercy follow you all the days of your life.

Best regards and thank you again,

*[signature]*